B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Schaeffer, Gary B** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Schaeffer Industries** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0893** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2025 Broadway**<br>**Apt 21-K**<br>**New York, NY**<br>ZIP Code **10023** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Schaeffer, Gary B** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Schaeffer, Gary B** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Gary B Schaeffer**
Signature of Debtor  **Gary B Schaeffer**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December  2, 2009**
Date

### Signature of Attorney*

X  **/s/ Wayne M. Greenwald**
Signature of Attorney for Debtor(s)
  **Wayne M. Greenwald wg6758**
Printed Name of Attorney for Debtor(s)
  **Wayne Greenwald, P.C.**
Firm Name
  **475 Park Avenue South**
  **26th Floor**
  **New York, NY 10016**

Address

  Email: grimlawyers@aol.com
 **212-983-1922  Fax: 212-983-1965**
Telephone Number
  **December  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   **Gary B Schaeffer**                                       Case No.
                                      Debtor(s)                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **106 West 69th Street LLC**<br>**163 West 74th Street**<br>**New York, NY 10023** | **106 West 69th Street LLC**<br>**163 West 74th Street**<br>**New York, NY 10023** | **Lease** | **Unliquidated**<br>**Disputed** | **131,000.00** |
| **American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | **American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | **CreditCard** | | **15,187.00** |
| **Arline Schaeffer**<br>**1400 South Ocean Blvd**<br>**Boca Raton, FL 33432** | **Arline Schaeffer**<br>**1400 South Ocean Blvd**<br>**Boca Raton, FL 33432** | **250 Mercer St**<br>**Apt B-1108**<br>**New York NY 10012** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **1,000,000.00**<br>**(700,000.00 secured)**<br>**(330,000.00 senior lien)** |
| **Bank Of America**<br>**4060 Ogletown/Stan**<br>**Newark, DE 19713** | **Bank Of America**<br>**4060 Ogletown/Stan**<br>**Newark, DE 19713** | **CreditCard** | | **23,978.00** |
| **Bank Of America**<br>**4060 Ogletown/Stan**<br>**Newark, DE 19713** | **Bank Of America**<br>**4060 Ogletown/Stan**<br>**Newark, DE 19713** | **CreditCard** | | **12,496.00** |
| **Bank Of America**<br>**4060 Ogletown/Stan**<br>**Newark, DE 19713** | **Bank Of America**<br>**4060 Ogletown/Stan**<br>**Newark, DE 19713** | **CreditCard** | | **28,559.00** |
| **Bank of America WorldPoints**<br>**PO Box 15026**<br>**Wilmington, DE 19850** | **Bank of America WorldPoints**<br>**PO Box 15026**<br>**Wilmington, DE 19850** | **Credit Card Account** | | **23,978.64** |
| **Bank of America WorldPoints**<br>**PO Box 15026**<br>**Wilmington, DE 19850** | **Bank of America WorldPoints**<br>**PO Box 15026**<br>**Wilmington, DE 19850** | **Credit Card Account** | | **28,559.25** |
| **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | **CreditCard** | | **28,279.00** |
| **Chase - Cc**<br>**Attention:  Bankruptcy Department**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | **Chase - Cc**<br>**Attention:  Bankruptcy Department**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | **CreditCard** | | **21,277.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Gary B Schaeffer**                                                                 Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chase Sapphire<br>PO Box 15298<br>Wilmington, DE 19850 | Chase Sapphire<br>PO Box 15298<br>Wilmington, DE 19850 | Credit Card | | 28,370.14 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | CreditCard | | 47,557.00 |
| Citi Cards<br>PO Box 6062<br>Sioux Falls, SD 57117 | Citi Cards<br>PO Box 6062<br>Sioux Falls, SD 57117 | Credit Account | | 47,577.75 |
| Great Star Electric Inc<br>31 Crosby Street<br>#23<br>New York, NY 10013 | Great Star Electric Inc<br>31 Crosby Street<br>#23<br>New York, NY 10013 | Member of Principal Debtor Entity | Contingent<br>Unliquidated<br>Disputed | 24,400.00 |
| James V. Parolisi<br>23 Hillcrest Ave<br>Oceanside, NY 11572 | James V. Parolisi<br>23 Hillcrest Ave<br>Oceanside, NY 11572 | Personal Loan | | 500,000.00 |
| Real Estate Company<br>163 W 74th St<br>New York, NY 10023 | Real Estate Company<br>163 W 74th St<br>New York, NY 10023 | 2025 Broadway Apts H, J, K | | 61,140.00 |
| RivkinRadler LLP<br>926 RXR Plaza<br>Uniondale, NY 11556-0926 | RivkinRadler LLP<br>926 RXR Plaza<br>Uniondale, NY 11556-0926 | Legal Services | | 36,255.00 |
| Robert Brooks<br>9 Prospect Avenue<br>Port Washington, NY 11050 | Robert Brooks<br>9 Prospect Avenue<br>Port Washington, NY 11050 | Personal Loan | | 100,000.00 |
| Slate from Chase<br>PO Box 15298<br>Wilmington, DE 19850 | Slate from Chase<br>PO Box 15298<br>Wilmington, DE 19850 | Credit Account | | 16,361.00 |
| Toyota Motor Credit<br>4 Gatehall Dr Ste 350<br>Parsippany, NJ 07054 | Toyota Motor Credit<br>4 Gatehall Dr Ste 350<br>Parsippany, NJ 07054 | Automobile | Contingent<br>Unliquidated<br>Disputed | 30,083.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Gary B Schaeffer**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 2, 2009**            Signature **/s/ Gary B Schaeffer**
                                                **Gary B Schaeffer**
                                                Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
Southern District of New York

In re **Gary B Schaeffer**  
Debtor(s)

Case No.  
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **16,200.00** |
   | Prior to the filing of this statement I have received | $ **5,000.00** |
   | Balance Due | $ **11,200.00** |

2. $ **1,000.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify): **Assignment of Debtor's Interest in Proceeds of Trademark Action**

5. ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, contested matters, FRBP 2004 examinations**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **December 2, 2009**        **/s/ Wayne M. Greenwald**
**Wayne M. Greenwald wg6758**
**Wayne Greenwald, P.C.**
**475 Park Avenue South**
**26th Floor**
**New York, NY 10016**
**212-983-1922   Fax: 212-983-1965**
**grimlawyers@aol.com**

---

**United States Bankruptcy Court**
**Southern District of New York**

In re **Gary B Schaeffer**     Case No.

Debtor(s)     Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **December 2, 2009**

**/s/ Gary B Schaeffer**
**Gary B Schaeffer**
Signature of Debtor

106 WEST 69TH STREET LLC
163 WEST 74TH STREET
NEW YORK, NY 10023


ACKERMAN SENTERFITT
335 MADISON AVENUE
STE 2600
NEW YORK, NY 10017


AMERICAN EXPRESS
C/O BECKET AND LEE
PO BOX 3001
MALVERN, PA 19355


AMEX
PO BOX 297871
FORT LAUDERDALE, FL 33329


ARLINE SCHAEFFER
1400 SOUTH OCEAN BLVD
BOCA RATON, FL 33432


BANK OF AMERICA
4060 OGLETOWN/STAN
NEWARK, DE 19713


BANK OF AMERICA
680 BLAIR MILL ROAD
HORSHAM, PA 19044


BANK OF AMERICA WORLDPOINTS
PO BOX 15026
WILMINGTON, DE 19850


BARNEYS NY
1201 VALLEY BROOK AVE
LYNDHURST, NJ 07071


BFI CONSTRUCTION CORP.
30 WEST 26TH STREET
NEW YORK, NY 10010


BRIAN E. BOYLE AIA
75 SPRING ST. 6TH FLOOR
NEW YORK, NY 10012

```
BRIAN RACHFAL
C/O JEFFREY BENJAMIN
104-08 ROOSEVELT AVE
FLUSHING, NY 11358


CHASE
PO BOX 15298
WILMINGTON, DE 19850


CHASE - CC
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 15298
WILMINGTON, DE 19850


CHASE NA
800 BROOKSEDGE BLVD
WESTEVILLE, OH 43801


CHASE SAPPHIRE
PO BOX 15298
WILMINGTON, DE 19850


CITI
PO BOX 6241
SIOUX FALLS, SD 57117


CITI CARDS
PO BOX 6062
SIOUX FALLS, SD 57117


CITI MORTGAGE INC
ATTENTION: BANKRUPTCY DEPARTM
PO BOX 79022, MS322
ST. LOUIS, MO 63179


CITIBANK
PO BOX 769013
SAN ANTONIO, TX 78245


CITIBANK NA
1000 TECHNOLOGY DR
MS 730
O'FALLON, MO 63368
```

```
CITIBANK NA
ATTN.:   CENTRALIZED BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195


CITIMORTGAGE INC
PO BOX 9438
GAITHERSBURG, MD 20898


CRESCENT MORTGAGE
425 PHILLIPS BLVD
EWING, NJ 08618


CYRIL MONTOYA
360 COURT STREET
APT 14
BROOKLYN, NY 11231


DEBORAH SCHAEFFER
20 NORTH ROAD
PRINCETON, NJ 08540


DEMONTE PLUMBLING
367 VETERANS MEMORIAL HW
COMMACK, NY 11725


DSNB BLOOM
BLOOMINGDALE'S BANKRUPTCY
PO BOX 8053
MASON, OH 45040


EMIGRANT MORTGAGE
5 EAST 42ND STREET
NEW YORK, NY 10017


FIRST DATA
265 BROAD HOLLOW R
MELVILLE, NY 11747


FORD CRED
PO BOX BOX 542000
OMAHA, NE 68154
```

```
GEMB/GAP
PO BOX 981400
EL PASO, TX 79998


GEMB/M WARDS
PO BOX 981400
EL PASO, TX 79998


GMAC MORTGAGE
ATTN: CUSTOMER CARE
PO BOX 4622
WATERLOO, IA 50704-4622


GREAT STAR ELECTRIC INC
31 CROSBY STREET
#23
NEW YORK, NY 10013


HSBC/NEIMN
ATTN: BANKRUPTCY
PO BOX 15522
WILMINGTON, DE 19850


IAN GAZES AS TRUSTEE
OF MAYA SCHAPER
32 AVE. AMENERICAS - 27TH FL
NEW YORK, NY 10013


INTERNAL REVENUE SERVICE
11601 ROOSEVELT BLVD
PO BOX 21126
PHILADELPHIA, PA 19114


JAMES V. PAROLISI
23 HILLCREST AVE
OCEANSIDE, NY 11572


MACYS/FDSB
MACY'S BANKRUPTCY
PO BOX 8053
MASON, OH 45040


MADISON REALTY CAPITAL
825 3RD AVENUE
NEW YORK, NY 10022
```

```
MAYA SCHAPER
58 WEST 68TH STREET
NEW YORK, NY 10023


MERCER SQUARE OWNERS CORP
C/O BANK OF NEW YORK
PO BOX 21029
NEW YORK, NY 10286


MEYER SUOZZI ENGLISH & KLEIN P
990 STEWART AVENUE
GARDEN CITY, NY 11530-9194


NEVADA OWNERS INC
C/O SIRIUS LLC
2109 BROADWAY-SUITE 101
NEW YORK, NY 10023


NEW YORK STATE DEPT TAX &
BANKRUPTCY UNIT - TCD
BUILDING 8, ROOM 455 W.A HARRI
ALBANY, NY 12227


NEW YORK STATE DEPT TAX & FIN
BANKRUPTCY SPEC PROC
P O BOX 5300
ALBANY, NY 12205-0300


NEW YORK STATE DEPT TAX & FIN
C/O NYS ATTORNEY GENERAL
120 BROADWAY
NEW YORK, NY 10271


NY COMMUNITY BANK
5024 PARKWAY PLAZA BLVD
CHARLOTTE, NC 28217


NYC DEPT OF FINANCE
345 ADAMS STREET - 3RD FL
LEGAL AFFAIRS - D. COHEN
BROOKLYN, NY 11201


NYC OFC OF CORP. COUNSEL
100 CHURCH STREET
NEW YORK, NY 10007
```

```
REAL ESTATE COMPANY
163 W 74TH ST
NEW YORK, NY 10023


RIVKINRADLER LLP
926 RXR PLAZA
UNIONDALE, NY 11556-0926


ROBERT BROOKS
9 PROSPECT AVENUE
PORT WASHINGTON, NY 11050


SEARS/CBSD
701 EAST 60TH ST N
SIOUX FALLS, SD 57117


SHANNON MONTOYA
360 COURT STREET
APT 14
BROOKLYN, NY 11231


SHAO LIN OPERATING LLC
2025 BROADWAY
APT 21K
NEW YORK, NY 10023


SHAO LIN OPERATING LLC
2025 BROADWAY
APT. 21K
NEW YORK, NY 10023


SLATE FROM CHASE
PO BOX 15298
WILMINGTON, DE 19850


SOVEREIGN BANK
1130 BERKSHIRE BLVD 3RD FLOOR
WYOMISSING, PA 19610


SOVEREIGN BANK FSB
1130 BERKSHIRE BLVD 3RD FLOOR
WYOMISSING, PA 19610
```

```
THE DRYWALL ORGANIZATION
170 WASHINGTON AVE
3RD FLOOR
DUMONT, NJ 07628


TOYOTA MOTOR CREDIT
4 GATEHALL DR STE 350
PARSIPPANY, NJ 07054


TOYOTA MOTOR CREDIT CO
90 CRYSTAL RUN RD STE 31
MIDDLETOWN, NY 10941


TOYOTA MOTOR CREDIT CO
90 CRYSTAL RUN RD.
STE 31
MIDDLETOWN, NY 10941


UNVL/CITI
ATTN.: CENTRALIZED  BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195


VISDSNB
BANKRUPTCY
6356 CORLEY RD
NORCROSS, GA 30071
```