UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

    **Gary B Schaeffer**                                                           Chapter 11
                                                                                                    Case No. **09-17126** (MG)

                    Debtor(s)

-------------------------------------------------------------x
**In re:**

    **Gary B Schaeffer**                                                           **Adversary Proceeding**
                                                                                                    Case No. **10-03187**(MG)

               **Plaintiff(s)**

    v.

    Arline Schaeffer          **Defendant(s)**
-------------------------------------------------------------x

## ORDER TO SHOW CAUSE

    Having reviewed the case management and electronic case filing system (CM/ECF) for the U.S. Bankruptcy Court for the Southern District of New York, and having concluded that the above captioned adversary proceeding has been inactive for more than one year; it is hereby,

    ORDERED, that the above adversary proceeding will be dismissed and closed unless an objection is filed by August 23, 2013 to show cause why this case should not be closed; if an objection is filed, a status conference will be scheduled; and it is further

    ORDERED, that, if no objection is filed, this adversary will be dismissed and closed as of August 23, 2013.


DATED: New York, New York                                           /s/Martin Glenn     
         **July 23, 2013**                                                       UNITED STATES BANKRUPTCY JUDGE