UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re _GARY B SCHAEFFER_____    Case No. _09-17126_
Debtor    Reporting Period: _Dec 1 - Jan 3, 2010_

Social Security # _0893_
(last 4 digits only)

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | ✓ | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _____    Date _JAN 18 2010_

Signature of Joint Debtor _____    Date _____

In re _Gary B Schaeffer_     Case No. _09-17126_
**Debtor**                   Reporting Period: _12/1/09 - 1/3/2010_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | 7693.13 | |
| **RECEIPTS** | | |
| Wages (Net) | 10,587.01 | |
| **Interest and Dividend Income** | 1.63 | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | | |
| **Total Receipts** | | |
| Mortgage Payment(s) | 5684.00 | |
| Rental Payment(s) | 4838.00 | |
| **Other Secured Note Payments** | 1753.35 | |
| Utilities | 445.00 | |
| Insurance | 1474.55 | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 2650 | |
| Food, Clothing, Hygiene | 61.50 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | 2410 | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | 863.11 | |
| Gifts | 567.48 | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | | |
| Professional Fees | 2100.00 | |
| U. S. Trustee Fees | 325.00 | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 4008.1 | |

In re _GARY B SCHAEFFER_

**Debtor**

Case No. _09-17126_

Reporting Period: _12-1-09 / 1-3-2010_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

| | | |
|---|---|---|
| HOUSHOLD JOINT ACCT (FOOD + UTILITIES) | 750 — | |
| MANHATTAN MINI. STORAGE | 835 — | |
| FEDERAL EXPRESS | 342 23 | |
| INTERNET. PROVIDER | 32 85 | |
| EBAY FEES | 50 78 | |
| US POST. OFFICE | 4 80 | |
| | | |
| ATM CASH WITHDRAWALS | 1200 — | |
| D.I.P. OPENING BALANCE TRANS. | 4090 43 | |
| SCHAEFFER INDUSTRIES BALANCE TRANS | 61 15 | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 22,065 53 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 22,065 53 |

In re GARY B SCHAEFFER

**Debtor**

Case No. 09-17126

Reporting Period: 12-1-09 / 1-3-2010

# BANK RECONCILIATIONS

## Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| **BANK BALANCE** | | | | |
| **(+) DEPOSITS IN TRANSIT** *(ATTACH LIST)* | | | | |
| **(-) OUTSTANDING CHECKS** *(ATTACH LIST)* : | | | | |
| **OTHER** *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE** * | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

In re _GARY B SCHAEFFER_          Case No. _09-17126_
Debtor                           Reporting Period: _12-1-09 / 1-3-2010_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| | Total Cash Disbursements | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| | Total Bank Account Disbursements | | | |

| Total Disbursements for the Month | |
|-----------------------------------|---|
| | |

In re GARY B SCHAEFER

**Debtor**

Case No. 09-17126

Reporting Period: 12-1-09 / 1-3-2010

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

FORM MOR-3 (INDV)
2/2008
PAGE 1 OF 2

In re _GARY B SCHAEFFER_    Case No. _09-17126_
_Debtor_    Reporting Period: _12-1-09 / 1-3-2010_

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |

In re GARY B SCHAEFFER

**Debtor**

Case No. 09-17126

Reporting Period: 12-1-09 / 1-3-2010

# SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Number of Days Past Due

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

In re GARY B SCHAEFFER

**Debtor**

Case No. 09-17126

Reporting Period: 12-1-09 / 1-3-2010

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re ___GARY B SCHAEFFER___
**Debtor**

Case No. __09-17126__
Reporting Period: __12/1/09 - 1/31 2010__

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1  Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | ✓ | |
| 2  Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3  Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4  Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5  Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6  Are any post petition State or Federal income taxes past due? | | ✓ |
| 7  Are any post petition real estate taxes past due? | | ✓ |
| 8  Are any other post petition taxes past due? | | ✓ |
| 9  Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10  Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11  Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12  Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 13  Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |


264426/R1/04F000

 citi®

# Citigold

December 1 - January 3, 2010          Page 1 of 7
Citigold Account          9976233851

CITIGOLD SERVICES
PO Box 769007
San Antonio, Texas  78245
For banking call: Citigold Services at (888) 248-4465*
Website: www.citibankonline.com

 **GARY B SCHAEFFER**
**2025 BROADWAY APT 21K**
**NEW YORK NY          10023-5019**

> *Citibank would like to wish you and your family a*
> *happy and healthy New Year.*

---

Citigold is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Deposits** | | |
| **Checking** | | |
| Checking | 7,693.13 | 4,632.63 |
| **Citigold Relationship Total** | **$7,693.13** | **$4,632.63** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Deposits** | | |
| **Checking** | | |
| Checking | $1.63 | $41.31 |
| **Citigold Relationship Total** | **$1.63** | **$41.31** |

| Bank Loans Utilized | Last Period | This Period |
|---|---|---|
| Checking Plus | 0.00 | 4,008.71 |
| Mortgage | 879,986.00 | 879,986.00 |
| **Total** | **$879,986.00** | **$883,994.71** |

| Bank Interest Expense Summary | This Period | This Year |
|---|---|---|
| **Checking Plus** | 5.80 | 7.90 |
| **Mortgage** | 6,966.56 | 38,316.25 |
| **Total** | **$6,972.36** | **$38,324.15** |

\* To ensure quality service, calls are randomly monitored and may be recorded.

End of Summary Section

December 1 - January 3, 2010
GARY B SCHAEFFER
Citigold Account       9976233851

## Fees & Rates Detail — Start of Bank Statement

Citibank gives you the benefit of lower charges, better rates and higher transaction limits as you maintain higher balance levels. When determining your rates, rebates of ATM surcharges for non-Citibank ATM transactions and monthly service charge for this statement period, and the transaction limits and fee waivers that apply during the next statement period, Citibank considers your average balance during the month of November in all your qualifying checking, savings, investment, credit card and loan accounts that you asked us to combine. These balances may be in accounts that are reported on other statements. To link additional eligible Citibank accounts for consideration for next month's balances please refer to the phone number on page 1.

| Rates and Charges | Your Combined Balance Range $500,000-$999,999 |
|---|---|
| Rates | Preferred |
| Monthly Service Charge | None |

Please refer to your Client Manual and Marketplace Addendum booklet for details on how to determine monthly fees, charges and applicable transaction limits. All fees assessed for this statement period will appear as charges to your checking account on your next Citigold statement.

## Checking

Checking Activity

**High Interest Checking 9976233851**

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|
| 12/01/09 | Opening Balance | | | | 7,693.13 |
| 12/02/09 | Deposit 08:32a Teller | | | 6,900.00 | 14,593.13 |
| 12/02/09 | Debit Card Purchase 11/29 02:12p #1947[1]  GREENPATH, INC.   248-553-5400  MI 09335  *BK* | | 100.00 | | 14,493.13 |
| | Schools/Education, Day Care | | | | |
| 12/02/09 | Check # 742 | *CHUBB* | 665.00 | | 13,828.13 |
| 12/02/09 | Check # 739 | *CH INS* | 482.00 | | 13,346.13 |
| 12/03/09 | Deposit 10:03a Teller | *250 MERCER RENT* | | 3,441.00 | 16,787.13 |
| 12/03/09 | Check # 748 | *MED INS* | 809.55 | | 15,977.58 |
| 12/03/09 | Check # 745 | *WAYNE GREENWALD* | 2,000.00 | | 13,977.58 |
| 12/04/09 | Cash Withdrawal 05:35p #1947 Citibank ATM 175 W 72ND STREET, NY, NY | | 200.00 | | 13,777.58 |
| 12/04/09 | Check # 744 | *CH INS* | 482.00 | | 13,295.58 |
| 12/07/09 | Debit Card Purchase 12/02 08:22a #1947[1]  MTA MVM 72ND STREET &  212-METROCARD NY 09338 | *METRO CARD* | 89.00 | | 13,206.58 |
| | Misc Transportation | | | | |
| 12/07/09 | Debit PIN Purchase 12/06 03:23p #1947  2025 BROADWAY   NEW YORK  NYUS02159 *MEDICINE* | | 50.00 | | 13,156.58 |
| 12/07/09 | Check # 747 | *250 MERCER MTG* | 2,200.00 | ✓ | 10,956.58 |
| 12/08/09 | Debit Card Purchase 12/05 08:28p #1947[1]  FRANCISCO CENTRO V   NEW YORK   NY 09341 | *DINNER* | 186.85 | | 10,769.73 |
| | Restaurant/Bar | | | | |
| 12/08/09 | Debit Card Purchase 12/06 01:10p #1947[1]  OVERSTOCK.COM   800-843-2446  UT 09341 | | 67.98 | | 10,701.75 |
| | Specialty Retail stores | *X-MAS GIFT* | | | |



**citi**®

**Citigold**

December 1 - January 3, 2010          Page 3 of 7
GARY B SCHAEFFER
Citigold Account          9976233851

## Checking    Continued

Checking
Activity
Continued

**High Interest Checking 9976233851**

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|
| 12/08/09 | Debit Card Purchase 12/04 07:33p #1947[1] USPS.COM CLICK66100QPS WASHINGTON   DC 09339 Specialty Retail stores | *POST OFFICE* | 4.80 | | 10,696.95 |
| 12/09/09 | Cash Withdrawal 05:03p #1947  Citibank ATM 175 W 72ND STREET, NY, NY | | 200.00 | | 10,496.95 |
| 12/09/09 | Check # 743 | *MR HERBERT* | 2,600.00 | | 7,896.95 |
| 12/09/09 | Check # 746 | *GREER SQ MAINTENCE* | 1,886.00 | | 6,010.95 |
| 12/09/09 | Check # 749 | *FEDERAL EXPRESS* | 342.23 | | 5,668.72 |
| 12/10/09 | Check # 750 | *CHILD SUPPORT* | 482.00 | | 5,186.72 |
| 12/11/09 | Debit Card Purchase 12/09 03:35p #1947[1] MANHATTAN MINISTOR #40 NEW YORK    NY 09344 Misc Business Services | | 835.00 | | 4,351.72 |
| 12/11/09 | Cash Withdrawal 05:15p #1947  Citibank ATM 175 W 72ND STREET, NY, NY | | 200.00 | | 4,151.72 |
| 12/11/09 | Check # 752 | *O.S.M* | 300.00 | | 3,851.72 |
| 12/14/09 | Check # 751 | *2635 BWAY MNTNCE* | 2,952.00 | | 899.72 |
| 12/15/09 | Debit Card Purchase 12/13 10:19p #1947[1] SULLIVANS-KING00085225 PHILADEPLHIA  PA 09348 Restaurant/Bar | *BUSINESS DINNER* | 117.73 | | 781.99 |
| 12/15/09 | Debit Card Purchase 12/11 05:47p #1947[1] WWW*EARTHLINK.NET    800-719-4660 GA 09346 Misc Business Services | *INT PROVIDER* | 32.85 | | 749.14 |
| 12/15/09 | Debit Card Purchase 12/12 03:21p #1947[1] HALE AND HEARTY SO   NEW YORK    NY 09348 Restaurant/Bar | *LUNCH* | 22.67 | | 726.47 |
| 12/16/09 | Deposit 08:22a  Teller | *CON ED RETURN OF SMILE REP.* | | 650.00 | 1,376.47 |
| 12/16/09 | Debit Card Purchase 12/14 06:37p #1947[1] CHINA FUN      NEW YORK    NY 09349 Restaurant/Bar | *DINNER* | 47.73 | | 1,328.74 |
| 12/16/09 | Debit Card Purchase 12/14 02:37p #1947[1] PORT PARKING LLC    NEW YORK    NY 09349 Autos (rental, service, gas) | *BUSINESS EXP* | 22.00 | | 1,306.74 |
| 12/17/09 | Debit Card Purchase 12/13 07:24p #1947[1] EMBASSY SUITES VALLEY WAYNE     PA 09350 Hotels & Motels | *BUSINESS EXP* | 214.92 | | 1,091.82 |
| 12/17/09 | Debit Card Purchase 12/15 08:37p #1947[1] EBAY INC.      08862858380 CA 09350 Misc Business Services | *EBAY EXP.* | 50.78 | | 1,041.04 |
| 12/17/09 | Debit Card Purchase 12/14 11:56a #1947[1] GULF OIL   92039626 BELLMAR     NJ 09350 Autos (rental, service, gas) | *BUSINESS EXP* | 35.26 | | 1,005.78 |
| 12/18/09 | Debit Card Purchase 12/15 02:24p #1947[1] MAYSON 2 CLEANERS    NEW YORK    NY 09351 Misc Personal Services | *DRY CLEANING* | 61.50 | | 944.28 |
| 12/18/09 | Debit Card Purchase 12/15 06:47p #1947[1] FRANCESCO PIZZERIA AND NEW YORK    NY 09351 Restaurant/Bar | *DINNER* | 37.00 | | 907.28 |

December 1 - January 3, 2010
GARY B SCHAEFFER
Citigold Account        9976233851

## Checking  Continued

**Checking Activity Continued**

### High Interest Checking 9976233851

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 12/21/09 | Debit Card Purchase 12/17 03:22p #1947[1] FANDANGO.COM    FANDANGO.COM CA 09352 Recreational Services  *movies w/ family* | 36.00 | | 871.28 |
| 12/21/09 | Cash Withdrawal on 12/19[2] 10:06a #1947 Citibank ATM 162 AMSTERDAM AVENUE, NY, NY | 200.00 | | 671.28 |
| 12/21/09 | Cash Withdrawal on 12/19[2] 10:08a #1947 Citibank ATM 162 AMSTERDAM AVENUE, NY, NY | 200.00 | | 471.28 |
| 12/21/09 | Check # 754   *CH. SUPPORT* | 482.00 | | 10.72- |
| 12/22/09 | Debit Card Purchase 12/18 10:58p #1947[1] LINKEDIN    6506873555 CA 09355 Misc Business Services  *BUS EXPENSE* | 24.95 | | 35.67- |
| 12/22/09 | Checking Plus Transfer to cover Overdraft | | 100.00 | 64.33 |
| 12/24/09 | ACH Electronic Credit GLOBAL SAGE LTD PAYROLL | | 10,587.01 | 10,651.34 |
| 12/24/09 | Transfer to Checking Plus 08:10a #1947 ONLINE    Reference # 006212 | 2,105.80 | | 8,545.54 |
| 12/24/09 | Check # 757   *MONTHLY HOUSE EXPENSE* | 750.00 | | 7,795.54 |
| 12/28/09 | Transfer to ESA 10:52a #1947 ONLINE    Reference # 006810   *HELOC* | 1,128.35 | | 6,667.19 |
| 12/28/09 | Check # 759   *Michelle + Amex* | 554.17 | | 6,113.02 |
| 12/28/09 | Check # 755   *CH. Support* | 482.00 | | 5,631.02 |
| 12/29/09 | Transfer from Checking Plus 11:34a #1947 ONLINE    Reference # 005236 | | 4,000.00 | 9,631.02 |
| 12/29/09 | Check # 764   *CON ED BK DEPOSIT* | 445.00 | | 9,186.02 |
| 12/30/09 | Debit Card Purchase 12/28 12:48p #1947[1] FANDANGO.COM    FANDANGO.COM CA 09363 Recreational Services  *movie w. family* | 28.00 | | 9,158.02 |
| 12/30/09 | Cash Withdrawal 02:41p #1947 Citibank ATM 175 W 72ND STREET, NY, NY | 300.00 | | 8,858.02 |
| 12/31/09 | ACH Electronic Credit GLOBAL SAGE    Pyt fm. GS   *Business Reimbursement* | | 549.56 | 9,407.58 |
| 12/31/09 | Check # 766   *D.I.P. INITIAL TRNSFR* | 4,090.43 | | 5,317.15 |
| 12/31/09 | Check # 765   *SCHAEFER INV OWE?* | 61.15 | | 5,256.00 |
| 12/31/09 | ACH Electronic Debit FIA CardServices CHECK PYMT 0000000762   *GBS/PSS CREDIT CARD* | 625.00 | | 4,631.00 |
| 12/31/09 | Interest for 34 days, Average Daily Balance $5,821.39 Average Rate 0.30%, Annual Percentage Yield Earned 0.30% | | 1.63 | 4,632.63 |
| | Total Subtracted/Added | 29,289.70 | 26,229.20 | |
| 1/03/10 | Closing Balance | | | 4,632.63 |

*All transaction times and dates reflected are based on Eastern Standard Time.*

[1] AAdvantage miles earned for this transaction
[2] Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.



264430/R1/0

**citi**®    Citigold

## Checking    Continued

**Checks Paid**

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 739 | 12/02 | 482.00 | 746 | 12/09 | 1,886.00 | 751 | 12/14 | 2,952.00 | 759* | 12/28 | 554.17 |
| 742* | 12/02 | 665.00 | 747 | 12/07 | 2,200.00 | 752 | 12/11 | 300.00 | 764* | 12/29 | 445.00 |
| 743 | 12/09 | 2,600.00 | 748 | 12/03 | 809.55 | 754* | 12/21 | 482.00 | 765 | 12/31 | 61.15 |
| 744 | 12/04 | 482.00 | 749 | 12/09 | 342.23 | 755 | 12/28 | 482.00 | 766 | 12/31 | 4,090.43 |
| 745 | 12/03 | 2,000.00 | 750 | 12/10 | 482.00 | 757* | 12/24 | 750.00 | | | |

\* Indicates gap in check number sequence          Number Checks Paid:      19          Totaling:          $22,065.53

**Overdraft Protection**

| As of | Source of Coverage | Amount |
|---|---|---|
| 1/03/10 | Checking Plus | $1,000.00 |
| 1/03/10 | Total Overdraft Protection | $1,000.00 |

**Citibank AAdvantage Summary**

| AAdvantage Number | Miles accumulated through purchases | Miles reduced due to credits/returns | Miles adjusted due to disputes/investigations | Bonus Miles | Total Miles accumulated during statement cycle | Total Miles accumulated year-to-date |
|---|---|---|---|---|---|---|
| M8243Y0 | 2006 | 0 | 0 | 0 | 2006 | 2035 |

## Bank Loans

**Checking Plus**

Checking Plus 9976233851          Credit Line: 5,000.00          Amount Available: 1,000.00          **Amount You Owe: 4,008.71**

| Date | Activity | | Amount Paid | Amount Borrowed | Amount Owed |
|---|---|---|---|---|---|
| 12/01/09 | Opening Amount Owed | | | | 0.00 |
| 12/11/09 | Cash Withdrawal Citibank ATM 175 W 72ND STREET, NY, NY | | | 500.00 | 500.00 |
| 12/11/09 | Cash Withdrawal Citibank ATM 175 W 72ND STREET, NY, NY | | | 500.00 | 1,000.00 |
| 12/21/09 | Cash Withdrawal Citibank ATM 162 AMSTERDAM AVENUE, NY, NY | | | 800.00 | 1,800.00 |
| 12/22/09 | Cash Withdrawal Citibank ATM 175 W 72ND STREET, NY, NY | | | 200.00 | 2,000.00 |
| 12/22/09 | Transfer to Cover Overdraft | | | 100.00 | 2,100.00 |
| 12/24/09 | Transfer from Checking ONLINE     Reference # 006212 | | 2,105.80 | | 5.80- |
| 12/29/09 | Transfer to Checking ONLINE     Reference # 005236 | | | 4,000.00 | 3,994.20 |
| 1/03/10 | FINANCE CHARGE | | | 14.51 | 4,008.71 |
| | Total Subtracted/Added | | 2,105.80 | 6,100.00 | |
| 1/03/10 | Closing Amount Owed | | | | 4,008.71 |

December 1 - January 3, 2010                                  Page 6 of 7
GARY B SCHAEFFER
Citigold Account        9976233851

## Bank Loans    Continued

Payments were applied as:

| | |
|---|---|
| Principal | 2,100.00 |
| **Finance Charge** | 5.80 |

Rate next billing cycle = 13.25%

**Minimum Payment Due on February 3:**        75.38

**Checking Plus Finance Charges**

| Dates | # of days | Annual Percentage Rate | Daily Periodic Rate | Average of Daily Balances | Finance Charge |
|---|---|---|---|---|---|
| 12/01/09-1/03/10 | 34 | **13.25%** | .036300% | $1,176.47 | **$14.52** |

**Mortgage & Home Equity Products**

| Account | As of Date | Monthly Payment | Lending Rate | Original or Max Line Amount | Available Now | Amount You Owe |
|---|---|---|---|---|---|---|
| Mortgage  20050535473 | 12/01/09 | $3,483.28 | 4.75% | $880,000.00 | $0.00 | $879,986.00 |

 

264432/R1/0



Citigold

**December 1 - January 3, 2010**          Page 7 of 7
GARY B SCHAEFFER
Citigold Account        9976233851

Please read the paragraphs below for important Information on your accounts with us.  Note that some of these products may not be available in all states.
**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request.  Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.
**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.
**CERTIFICATES OF DEPOSIT**
Certificate of Deposit information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.
**In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible.  We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.  We will investigate your inquiry and will correct any error promptly.  If we take more than 10 business days to do this (20 business days for non U.S. or merchant terminal transactions), we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.
**CREDIT PRODUCTS**
**Checking Plus - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Finance Charges or other fees and charges.  This gives you a daily balance.  Add up all the daily balances for the statement period and divide the total by the number of days in the statement period.  This gives you the Average Daily Balance.  For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
*Finance Charge:* The Finance Charge is computed by applying the Daily Periodic Rate to the principal balance of your account each day in the statement period. The resulting Finance Charges are totaled at the end of the statement period and disclosed on the statement as the "Finance Charge." You may verify the amount of the Finance Charge by (1) multiplying the Daily Periodic Rate by the Average Daily Balance for the statement period, and then (2) multiplying the result by the number of days in the statement period. (All of these numbers can be found in the table called "Finance Charge Computation"). Finance Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Finance Charges (interest) paid during the year will be shown on the first or second statement following year-end.
*Other Information:* Checks drawn against a business account are not acceptable as payment for a personal loan obligation.
*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
*Billing Rights Summary - In Case of Errors or Questions About Your Statement:* If you think your statement is wrong or if you need more information about a transaction appearing in your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus) as soon as possible.
We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us at the phone number indicated, but calling us will not preserve your rights. In your letter, give us the following information: (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error and explain, if you can, why you believe there is an error, (4) if you need more information, describe the item you are unsure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.  While we investigate your question we cannot report you as delinquent or take any action to collect the amount you question or any related finance or other charges.
**Lines of credit (other than Checking Plus), loans and mortgages:**
Information about these products on this statement is summary information as of your last individual product statement(s).  You will continue to receive your regular monthly statement(s).
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement. You will continue to receive your regular monthly credit card statement(s). Citibank credit cards are issued by Citibank (South Dakota), N.A. AAdvantage® is a registered trademark of American Airlines, Inc.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

Citibank® Banking Card, Citigold, Citiphone Banking, Checking Plus, MasterCard®, Visa®, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Driver's Edge, Checks-as-Cash, and Ready Credit are registered in the U.S. Patent and Trademark Office.

**TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT**
**FOLLOW THESE SIMPLE STEPS**

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.
2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.
3. List and total in the **"Checks and Other Withdrawal Outstanding"** column below all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.
4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.
5. Add to your checkbook balance any interest-earned deposit shown on this statement.
6. List the ending Balance at the end of the Checking Activity section.

| | |
|---|---|
| 7. Add deposits or transfers you recorded which are not shown on this statement. | |
| 8. Total (6 and 7 above) | |
| 9. Enter Total Checks & Other Withdrawals (see below) | |
| **10. Balance** (8 less 9 should equal Checkbook balance) | |

**Checks and Other Withdrawals Outstanding**
(made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Sum of check charges on above, if applicable | |
| **Total** | |