In re _GARY B SCHAEFFER_          Case No. _09-17126_
   Debtor                                      Reporting Period: _2/1 - 2/25  2010_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | 10,634.09 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | 4050.00 | |
| Other Income *(attach schedule)* | 3891.00 | |
| **Total Receipts** | 7941 — | |
| | | |
| Mortgage Payment(s) | 5684 — | |
| Rental Payment(s) | 4807.54 | |
| **Other Secured Note Payments** | 1831 — | |
| Utilities | | |
| Insurance | 665.48 | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 1000 — | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | 2410 — | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | 1726.07 | |
| **Total Ordinary Disbursements** | 18,124.09 | |
| | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | |
| | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 451 — | |

In re GARY B SCHAEFFER
**Debtor**

Case No. 09-17126
Reporting Period: 2-1   2-25

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

OTHER ADD'S

| | | |
|---|---|---|
| 250 MERCEL RENT INCOME | 3441 | |
| MEDICAL REIMBURSEMENT | 450 | |
| | | |
| | | |

OTHER DEDUCTS

| | | |
|---|---|---|
| FEDERAL EXPRESS | 206 - | |
| MANHATTAN MINI STORAGE | 835 - | |
| U.S. TRUSTEE | 650 - | |
| BRENNER PRINTING | 35 | |
| | 0.07 | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re _GARY B Schaeffer_
**Debtor**

Case No. _09-17126_
Reporting Period: _2-1 / 2-25_

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

**(Bank account numbers may be redacted to last four numbers.)**

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE** * | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

In re _GARY B Schaeffer_          Case No. _09-17126_
**Debtor**                    Reporting Period: _2-1 / 2-25_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
| Total Bank Account Disbursements | | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|
|                                   |  |

In re GARY B. SCHAEFFER      Case No. 09-17126
_____
**Debtor**      Reporting Period: 2-1 / 2-25

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re _GARY B Schaeffer_      Case No. _09-17126_
**Debtor**      Reporting Period: _2-1 / 2-25_

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |

**In re** GARY B Schaeffer                                    **Case No.** 09-17126
**Debtor**                                                    **Reporting Period:** 2-1 / 2-25

## SUMMARY OF UNPAID POST-PETITION DEBTS

Number of Days Past Due

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

In re GARY B SCHAEFFER

**Debtor**

Case No. 09-17126

Reporting Period: 2-1 / 2-25

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**In re** GARY B SchAeFFeR

**Debtor**

**Case No.** 09-17126

**Reporting Period:** 2-1 / 2-25

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | |
| 6 Are any post petition State or Federal income taxes past due? | | |
| 7 Are any post petition real estate taxes past due? | | |
| 8 Are any other post petition taxes past due? | | |
| 9 Have any pre-petition taxes been paid during this reporting period? | | |
| 10 Are any amounts owed to post petition creditors delinquent? | | |
| 11 Have any post petition loans been been received by the Debtor from any party? | | |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | |


Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

000
CITIBANK, N. A.
**Account**
**9959609386**

18132/R1/04F000

GARY B. SCHAEFFER
DIP ACCOUNT
2025 BROADWAY APT 21K
NEW YORK NY        10023-5019

IıIIIIııIIıııııIıIıIıIıIıIIııIIIIIıııIIııIıIıIıI

**Statement Period**
**Feb. 1 - Feb. 25, 2010**

Page  1  of  3

## CITIBANK ACCOUNT AS OF FEBRUARY 25, 2010

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$451.00** |
| **Savings** | ----- |
| **Investments** (not FDIC insured) | ----- |
| **Loans** | ----- |
| **Credit Cards** | ----- |

## CITIBANK ACCOUNT RATES AND CHARGES

When determining your rates and charges for this statement period, Citibank considered your average balances during the month of January in all of your qualifying accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | $9.50 |

| Transaction Fees | Standard | Your Transaction Activity and Fees this Statement Period |
|---|---|---|
| Fee for each Check Paid | $0.50 | 16 @ $0.50 = $8.00 |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges.  Please note that when your qualified transaction activity exceeds the designated level, you may be subject to fees for transactions performed.

All fees assessed in a statement period, including per check and non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

## CHECKING ACTIVITY

**Regular Checking**
**9959609386**

**Beginning Balance:**    $10,634.09
**Ending Balance:**          $451.00

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 2/01 | Deposit 11:34a Teller | | *RENT* 3,441.00 | |
| 2/01 | ACH Electronic Debit PAYPAL        INST XFER | 0.07 | *250 Mercer* | |
| 2/01 | ACH Electronic Debit CITIMORTGAGE INC CHECK PYMT 0000000344 | 3,484.00 | *2025 MTG* | |
| 2/01 | ACH Electronic Debit CITI LOAN PMT    CHECK PYMT 0000000342 | 1,166.00 | *HELOC* | |

GARY B. SCHAEFFER
DIP ACCOUNT

Account 9959609386        Page 2 of 3
Statement Period - Feb. 1 - Feb. 25, 2010

18133/R1/04F000

## CHECKING ACTIVITY                                                              Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 2/01 | Check # 343 | 665.00 *B OF A* | | |
| 2/01 | Check # 341 | 482.00 *C - S* | | 8,278.02 |
| 2/02 | Check # 346 | 665.48 *LAW B B* | | |
| 2/02 | Check # 347 | 650.00 *U. S TRUSTEE* | | |
| 2/02 | Check # 348 | 500.00 *DR HEILBRONT* | | 6,462.54 |
| 2/03 | ACH Electronic Credit  PAYPAL    TRANSFER | | 900.00 | 7,362.54 |
| 2/04 | Deposit 08:45a  Teller | | 450.00 | |
| 2/04 | Check # 349 | 482.00 *C - S* | | |
| 2/04 | Check # 345 | 35.00 *SALANDER* | | 7,295.54 |
| 2/08 | ACH Electronic Credit  PAYPAL    TRANSFER | | 500.00 | |
| 2/08 | ACH Electronic Credit  PAYPAL    TRANSFER | | 500.00 | |
| 2/08 | Check # 350 | 2,952.00 *MNT. 2025 BWAY* | | |
| 2/08 | Check # 352 | 2,200.00 *MTG 250 MERCER* | | 3,143.54 |
| 2/09 | Check # 351 | 1,855.54 *MM 250 MERCER* | | 1,288.00 |
| 2/10 | Check # 353 | 482.00 *C S* | | |
| 2/10 | Check # 354 | 19.66 *FCA-BK* | | 786.34 |
| 2/11 | ACH Electronic Credit  PAYPAL    TRANSFER | | 900.00 | 1,686.34 |
| 2/12 | Check # 355 | 186.34 *FedEx* | | 1,500.00 |
| 2/16 | Debit PIN Purchase 02/13 12:47p #1602  600 WEST 58TH STREET  NEW YORK    NYUS02142 | 835.00 *M M S* | | 665.00 |
| 2/22 | ACH Electronic Credit  PAYPAL    TRANSFER | | 125.00 | |
| 2/22 | ACH Electronic Credit  PAYPAL    TRANSFER | | 425.00 | 1,215.00 |
| 2/23 | Check # 358 | 500.00 *DR HERB* | | 715.00 |
| 2/24 | ACH Electronic Credit  PAYPAL    TRANSFER | | 700.00 | |
| 2/24 | Check # 356 | 482.00 *C - S* | | |
| 2/24 | Check # 357 | 482.00 *C - S* | | 451.00 |
| | **Total Subtracted/Added** | **18,124.09** | **7,941.00** | |

All transaction times and dates reflected are based on Eastern Standard Time.

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 341 | 2/01 | 482.00 | 347 | 2/02 | 650.00 | 351 | 2/09 | 1,855.54 | 355 | 2/12 | 186.34 |
| 343* | 2/01 | 665.00 | 348 | 2/02 | 500.00 | 352 | 2/08 | 2,200.00 | 356 | 2/24 | 482.00 |
| 345* | 2/04 | 35.00 | 349 | 2/04 | 482.00 | 353 | 2/10 | 482.00 | 357 | 2/24 | 482.00 |
| 346 | 2/02 | 665.48 | 350 | 2/08 | 2,952.00 | 354 | 2/10 | 19.66 | 358 | 2/23 | 500.00 |

* Indicates gap in check number sequence

### ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | 100 |
| Points from debit card purchases | 278 |
| Total Points forwarded to ThankYou® Network | 378 |

Go to thankyou.com to review your point balance and redeem!

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Network Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Network for important details.

GARY B. SCHAEFFER
DIP ACCOUNT

Account  9959609386          Page  3  of  3
Statement Period -   Feb. 1 - Feb. 25, 2010          18134/R1/04F000

---

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

---

**Please read the paragraphs below for important information on your accounts with us.  Note that some of these products may not be available in all states.**

The products reported on this statement have been combined onto one monthly statement at your request.  The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation.  Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### CERTIFICATES OF DEPOSIT
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.

**In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible.  We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.  We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

Citicard, Citicard Banking Center, Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Checks-as-Cash, Equity Source Account, MultiMoney, Citigold, CitiPhone Banking, and Ready Credit are registered in the U.S. Patent and Trademark Office. Safety Check is a service mark of Citigroup, Inc.

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid  by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE**   (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Sum of check charges<br>on above if applicable |  |
| Total |  |