UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF _____

In re  *GARY B SCHAEFFER*
_____
Debtor

Case No. 09-17126

Reporting Period: 4/26 - 5/25

Social Security # ⬛⬛⬛⬛⬛ 0893
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | ✓ | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury *(28 U.S.C. Section 1746)* that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  *Gary B Schaeffer*          Date  JUNE 9, 2010

Signature of Joint Debtor  _____          Date  _____

In re _GARY B SCHAEFFER_      Case No. _09-17126_
Debtor                       Reporting Period: _4/26 - 5/25_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must
be attached for each account. [See MOR-1 (CONT)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | 355.86 | |
| **RECEIPTS** | | |
| Wages (Net) | 10,572.02 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | 31,631.00 | |
| **Total Receipts** | 42,203.02 | |
| | | |
| Mortgage Payment(s) | | 5684.— |
| ~~Rental~~ Payment(s)  *MAINTENANCE* | | 4414.22 |
| **Other Secured Note Payments** | | 1950.00 |
| Utilities | | 750.00 |
| Insurance | | 1976.33 |
| ~~Auto Expense~~ *COMPUTER SERVICE* | | 291.40 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 84.12 |
| Medical Expenses | | 960.— |
| Food, Clothing, Hygiene | | 885.85 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | 2410.— |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | 201.98 |
| Gifts | | 154.58 |
| Other *(attach schedule)* | | 21,346.59 |
| **Total Ordinary Disbursements** | | 41,109.07 |
| | | |
| Professional Fees | | 92.— |
| U. S. Trustee Fees | | 650.— |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | 41,851.07 |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | 41,851.07 |
| | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | + 351.95 |
| | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 357.81 | |

In re GARY B SCHAEFFER

Debtor

Case No. 09-17126

Reporting Period: 4/26 - 5/25

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

OTHER INCOME

| | | |
|---|---|---|
| GLOBAL SAGE T&E REIMBURSEMENT | 365 90 | |
| 250 MERCER RENTAL PAYMENT | 3300 00 | |
| FEDERAL TAX REFUND | 27987 00 | |
| HOME SUPPLIES REFUND | 38 10 | |
| | | |
| TOTAL | 31,691.00 | |

OTHER DEBITS

| | | |
|---|---|---|
| MANHATTA MINI STORAGE ARREARS | | 1669 |
| MICHELLE'S TAX REFUND PORTION | | 15,000 |
| WAYNE GREENWALD DISC. DOC'S EMAILS | | 26.47 |
| U.S.P.S. | | 29.50 |
| O.S.M. LLC INVENTORY PURCHASE | | 3,000 - |
| | | |
| ATM CASH ADVANCES | | 900 - |
| PAY PAL FEE'S | | 721.12 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 21,346.59 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 21,346.59 |

In re GARY B SCHAEFFER

**Debtor**

Case No. 09-17126

Reporting Period: 4/26 - 5/23

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE \*** | | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

_____

_____

_____

_____

_____

In re _GARY B SCHAEFFER_                Case No. _09-17126_
Debtor                                  Reporting Period: _4/26 - 5/25_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
| Total Bank Account Disbursements | | | | |

| Total Disbursements for the Month | |
|------|------|

In re _GARY B SCHAUPPER_    Case No. _09-17126_
**Debtor**    Reporting Period: _4/26 - 5/25_

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

FORM MOR-3 (INDV)
2/2008
PAGE 1 OF 2

In re __GARY B SCHAEFFER__     Case No. __09-17126__
Debtor                        Reporting Period: __4/26 - 5/25__

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |

In re _GARY B SCHAEFFER_
_____
Debtor

Case No. _09-17126_
Reporting Period: _4/26 - 5/25_

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | | **Number of Days Past Due** | | | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____
_____
_____
_____

In re _GARY B SCHAFFER_

**Debtor**

Case No. _09-17126_

Reporting Period: _4/26 - 5/25_

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL PAYMENTS |  |  |

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



# citibank®

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013



62912R1/04F000

000
CITIBANK, N. A.
**Account** ●●●●9386

GARY B. SCHAEFFER
DIP ACCOUNT
2025 BROADWAY APT 21K
NEW YORK NY          10023-5019

**Statement Period**
Apr. 26 - May 25, 2010

Page 1 of 5

## CITIBANK ACCOUNT AS OF MAY 25, 2010

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $357.81 |
| **Savings** | ----- |
| **Investments (not FDIC insured)** | ----- |
| **Loans** | ----- |
| **Credit Cards** | ----- |

Enroll in Paperless Statements today and you can take part in a special offer just for Citibank customers.  And remember, when you switch to Paperless Statements you help protect the environment.
To learn more, visit citibank.com/paperless.
Special offer ends 7/10/10.

## CITIBANK ACCOUNT RATES AND CHARGES

When determining your rates and charges for this statement period, Citibank considered your average balances during the month of April in all of your qualifying accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | $9.50 |

| Transaction Fees | Standard | Your Transaction Activity and Fees this Statement Period |
|---|---|---|
| Fee for each Check Paid | $0.50 | 16 @ $0.50 = $8.00 |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges.  Please note that when your qualified transaction activity exceeds the designated level, you may be subject to fees for transactions performed.

All fees assessed in a statement period, including per check and non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

## CHECKING ACTIVITY

**Regular Checking**
●●●●9386

**Beginning Balance:**    $355.86
**Ending Balance:**    $357.81

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 4/26 | Fee - Service Charge | 9.50 | | |
| 4/26 | Fees for Checks Paid | 4.50 | | |
| 4/26 | Cash Withdrawal on 04/25 11:39a #1947 Citibank ATM 175 W 72ND STREET, NY, NY | 100.00 | | 241.86 |
| 4/27 | Debit Card Purchase 04/22 03:10p #1947 YOUSENDIT INC          1-866-5557363 CA 10114 Misc Business Services | 8.99 | | |

63



# citibank®



Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

62912/R1/04F000

000
CITIBANK, N. A.
**Account**
■■■■■9386

GARY B. SCHAEFFER
DIP ACCOUNT
2025 BROADWAY APT 21K
NEW YORK NY          10023-5019

**Statement Period**
Apr. 26 - May 25, 2010

Page 1 of 5

## CITIBANK ACCOUNT AS OF MAY 25, 2010

| Relationship Summary: | |
|---|---|
| **Checking** | $357.81 |
| **Savings** | ----- |
| **Investments (not FDIC insured)** | ----- |
| **Loans** | ----- |
| **Credit Cards** | ----- |

Enroll in Paperless Statements today and you can take part in a special offer just for Citibank customers. And remember, when you switch to Paperless Statements you help protect the environment.
To learn more, visit citibank.com/paperless.
Special offer ends 7/10/10.

## CITIBANK ACCOUNT RATES AND CHARGES

When determining your rates and charges for this statement period, Citibank considered your average balances during the month of April in all of your qualifying accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | $9.50 |

| Transaction Fees | Standard | Your Transaction Activity and Fees this Statement Period |
|---|---|---|
| Fee for each Check Paid | $0.50 | 16 @ $0.50 = $8.00 |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges. Please note that when your qualified transaction activity exceeds the designated level, you may be subject to fees for transactions performed.

All fees assessed in a statement period, including per check and non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

## CHECKING ACTIVITY

**Regular Checking**
■■■■■9386

**Beginning Balance:** $355.86
**Ending Balance:** $357.81

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 4/26 | Fee - Service Charge | 9.50 BANK Fees | | |
| 4/26 | Fees for Checks Paid | 4.50 Check Fees | | |
| 4/26 | Cash Withdrawal on 04/25 11:39a #1947 Citibank ATM 175 W 72ND STREET, NY, NY | 100.00 ATM | | 241.86 |
| 4/27 | Debit Card Purchase 04/22 03:10p #1947 1000SENDIT INC        866-5857363 CA 10114 Misc Business Services | 8.99 W.G. Mcs | | |

63

GARY B. SCHAEFFER
DIP ACCOUNT

Account ▓▓▓▓▓9386    Page 2 of 5
Statement Period - Apr. 26 - May 25, 2010

62913/R1/04F000

## CHECKING ACTIVITY                                                    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 4/27 | Debit Card Purchase 04/22 01:41p #1947 | 8.99 *W.G. DOCS* | | |
|      | YOUSENDIT INC    866-5587363 CA 10114 | | | |
|      | Misc Business Services | | | |
| 4/27 | Debit Card Purchase 04/22 09:00a #1947 | 5.21 *FOOD* | | 218.67 |
|      | MCDONALD'S F18884 Q17 NEW YORK    NY 10114 | | | |
|      | Restaurant/Bar | | | |
| 4/29 | Debit Card Purchase 04/26 04:15p #1947 | 8.99 *W.G. DOCS* | | |
|      | YOUSENDIT INC    866-5587363 CA 10118 | | | |
|      | Misc Business Services | | | |
| 4/29 | Check # 384 | 482.00 *CS* | | 272.32- |
| 4/30 | ACH Electronic Credit | | 10,572.02 *SALARY* | |
|      | GLOBAL SAGE LTD PAYROLL | | | |
| 4/30 | ACH Electronic Credit | | 27,927.00 *TAX REFUND* | |
|      | US TREASURY 220 TAX REFUND | | | |
| 4/30 | Deposit 09:01a #1947 | | 3,300.00 *250 MERCER RENT* | |
|      | Teller | | | |
| 4/30 | Transfer to ESA 11:31a #1947 | 1,200.00 *HELOC* | | |
|      | ONLINE    Reference # 007367 | | | |
| 4/30 | Overdraft Fee | 34.00 *BANK FEES* | | |
| 4/30 | Debit Card Purchase 04/28 02:22p #1947 | 8.60 *FOOD* | | |
|      | KFC-#031    QPS NEW YORK    NY 10119 | | | |
|      | Restaurant/Bar | | | |
| 4/30 | Debit Card Purchase 04/28 #1947 | 1.29 *TWINS* | | |
|      | APL*ITUNES    866-712-7753 CA 10119 | | | |
|      | Specialty Retail stores | | | |
| 4/30 | Cash Withdrawal 09:02a #1947 | 200.00 *ATM* | | |
|      | Citibank ATM 175 W 72ND STREET, NY, NY | | | |
| 4/30 | Check # 385 | 750.00 *HOUSEHOLD MONTHLY EXP* | | |
| 4/30 | Check # 393 | 350.00 *OSM LLC* | | 38,982.81 |
| 5/03 | ACH Electronic Debit | 502.50 *PAY PAL* | | |
|      | PAYPAL    INST XFER | | | |
| 5/03 | ACH Electronic Debit | 210.18 *PAY PAL* | | |
|      | PAYPAL    INST XFER | | | |
| 5/03 | Debit Card Purchase 04/29 08:38a #1947 | 70.00 *MD CO-PAY* | | 38,200.13 |
|      | ASSOCIATESININTERNALME NEW YORK    NY 10120 | | | |
|      | Medical Services | | | |
| 5/04 | ACH Electronic Debit | 1,669.00 *MONTHLY STORAGE + ARREARS* | | |
|      | 405 MANHATTAN MI 2126315930 | | | |
| 5/04 | Debit Card Purchase 04/30 06:53p #1947 | 41.09 *FOOD* | | |
|      | CHINA FUN    NEW YORK    NY 10121 | | | |
|      | Restaurant/Bar | | | |
| 5/04 | Debit Card Purchase 04/30 07:52a #1947 | 39.95 *INTERNET* | | |
|      | YAHOO *GBS4763.COM    800-318-0870 CA 10123 | | | |
|      | Misc Business Services | | | |
| 5/04 | Debit Card Purchase 04/30 08:08a #1947 | 34.45 *FOOD* | | |
|      | NESPRESSO USA    866-637-7737 NY 10121 | | | |
|      | Food & Beverages | | | |
| 5/04 | Debit Card Purchase 04/29 11:51a #1947 | 7.57 *FOOD* | | |
|      | JUST SALAD    NEW YORK    NY 10123 | | | |
|      | Restaurant/Bar | | | |
| 5/04 | Debit Card Purchase 05/01 03:41a #1947 | 6.00 *TRAVEL* | | |
|      | ZIPCAR INC    06179954231 MA 10123 | | | |
|      | Misc Transportation | | | |
| 5/04 | Cash Withdrawal 06:48p #1947 | 200.00 *ATM* | | |
|      | Citibank ATM 175 W 72ND STREET, NY, NY | | | |
| 5/04 | Check # 399 | 3,000.00 *OSM* | | |
| 5/04 | Check # 390 | 2,200.00 *250 MERCER MTG* | | |
| 5/04 | Check # 389 | 1,976.33 *INSURANCE* | | |
| 5/04 | Check # 386 | 1,454.22 *250 MERCER MNTCE* | | |
| 5/04 | ACH Electronic Debit | 750.00 *B. OF A* | | |
|      | FIA CardServices CHECK PYMT 0000000392 | | | |
| 5/04 | Check # 387 | 650.00 *US TRUSTEE* | | |
| 5/04 | Check # 395 | 560.00 *DR. HERBERT* | | |
| 5/04 | Check # 391 | 482.00 *CS* | | |
| 5/04 | Check # 396 | 482.00 *CS* | | 24,647.52 |
| 5/05 | Debit Card Purchase 05/02 06:27p #1947 | 17.98 *TRAVEL* | | |
|      | ZIPCAR INC    06179954231 MA 10124 | | | |
|      | Misc Transportation | | | |
| 5/05 | Debit Card Purchase 05/03 09:35a #1947 | 4.95 *AOL* | | |
|      | AOL*FS MozyHome    866-485-9217 VA 10124 | | | |
|      | Specialty Retail stores | | | |
| 5/05 | ACH Electronic Debit | 3,484.00 *2025 MTG* | | 21,140.59 |
|      | CITIMORTGAGE INC CHECK PYMT 0000000388 | | | |
| 5/06 | Debit Card Purchase 05/03 08:35a #1947 | 89.00 *MONTHLY METRO CARD* | | |
|      | MTA MVM 72ND STREET & 212-METROCARD NY 10125 | | | |
|      | Misc Transportation | | | |
| 5/06 | Check # 394 | 2,960.00 *2025 MNTCE* | | 18,091.59 |
| 5/07 | Cash Withdrawal 05:34p #1947 | 200.00 *ATM* | | 17,891.59 |
|      | Citibank ATM 175 W 72ND STREET, NY, NY | | | |

# citibank®

GARY B. SCHAEFFER
DIP ACCOUNT

Account ●●●●●9386     Page 3 of 5
Statement Period - Apr. 26 - May 25, 2010

62914/R1/04F000



## CHECKING ACTIVITY                                                        Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 5/10 | ACH Electronic Debit<br>PAYPAL    ECHECK | 8.44 | *PAYPAL* | |
| 5/10 | Debit Card Purchase 05/06 10:45a #1947<br>AOL* SERVICE     800-827-9492 NY 10127<br>Misc Business Services | 99.80 | *AOL INTERNET ARREARS* | |
| 5/10 | Debit Card Purchase 05/06 10:55a #1947<br>DUANE READE #0208 Q04 NEW YORK   NY 10127<br>Food & Beverages | 30.00 | *RX COPAY* | |
| 5/10 | Debit Card Purchase 05/05 01:48p #1947<br>AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA 10127<br>Specialty Retail stores | 11.77 | *POR LEAH SCHAEFFER* | |
| 5/10 | Debit PIN Purchase 04:01p #1947<br>610 5th Ave     New York  NYUS02194 | 15.84 | *GAMESTOP* | |
| 5/10 | Debit PIN Purchase 04:00p #1947<br>610 5th Ave     New York  NYUS02194 | 1.00 | *GAMESTOP* | |
| 5/10 | Check # 401 | 15,000.00 | *MICHELLE TAX REFUND* | 2,724.74 |
| 5/11 | Debit Card Purchase 05/09 11:21a #1947<br>USPS.COM CLICK66100QPS WASHINGTON  DC 10130<br>Specialty Retail stores | 29.50 | *USPS* | 2,695.24 |
| 5/12 | Debit Card Purchase 05/09 02:02p #1947<br>PAPYRUS #2304    NEW YORK   NY 10131<br>Specialty Retail stores | 14.63 | *ANNIVERSARY CARDS* | |
| 5/12 | Debit PIN Purchase 02:35p #1947<br>30 ROCKEFELLER PLAZA   NEW YORK   NYUS02159 | 58.00 | *ANNIVERSARY GIFT* | |
| 5/12 | Debit PIN Purchase 02:44p #1947<br>Papyrus #2215    New York  NYUS02159 | 16.17 | *MOTHERS DAY CARDS* | |
| 5/12 | Check # 397 | 300.00 | *DR ABELN* | 2,306.44 |
| 5/13 | Debit PIN Purchase 06:27p #1947<br>2341 BROADWAY     NEW YORK  NYUS02154 | 21.76 | *FOOD* | 2,284.68 |
| 5/14 | Debit Card Purchase 05/11 08:04p #1947<br>SOUTH GATE RESTAURANT NEW YORK   NY 10133<br>Restaurant/Bar | 249.48 | *GLOBAL SAGE EXPENSE TIE* | |
| 5/14 | Debit PIN Purchase 02:05p #1947<br>1282 BROADWAY     NEW YORK  NYUS02159 | 21.78 | *FOOD* | 2,013.42 |
| 5/17 | Cash Withdrawal on 05/16 02:43p #1947<br>Citibank ATM 175 W72ND STREET NY, NY | 100.00 | *ATM* | |
| 5/17 | Debit PIN Purchase 05/16 08:45a #1947<br>2008 BROADWAY (68TH ST NEW YORK  NYUS02154 | 40.32 | *FOOD* | |
| 5/17 | Debit PIN Purchase 05/15 09:55p #1947<br>2008 BROADWAY (68TH ST NEW YORK  NYUS02154 | 16.79 | *FOOD* | 1,856.31 |
| 5/18 | Debit Card Purchase 05/13 09:51p #1947<br>ONE IF BY LAND TWO IF NEW YORK   NY 10135<br>Restaurant/Bar | 275.37 | *BDAY/ANNIVERSARY DINNER* | |
| 5/18 | Debit Card Purchase 05/15 04:05p #1947<br>FAIRWAY MKT DWNTWN QPS NEW YORK   NY 10137<br>Food & Beverages | 80.93 | *FOOD* | |
| 5/18 | Debit Card Purchase 05/15 03:17p #1947<br>ZABARS & CO., INC.  NEW YORK   NY 10137<br>Food & Beverages | 43.53 | *FOOD* | |
| 5/18 | Debit Card Purchase 05/15 02:01p #1947<br>CHINA FUN    NEW YORK   NY 10137<br>Restaurant/Bar | 38.97 | *FOOD* | |
| 5/18 | Debit Card Purchase 05/15 11:41a #1947<br>BED BATH & BEYOND #565 NEW YORK   NY 10137<br>Specialty Retail stores | 19.56 | *HOUSEHOLD* | |
| 5/18 | Check # 402 | 482.00 | *CS* | 915.95 |
| 5/19 | Debit Card Purchase 05/16 11:04a #1947<br>APL*ITUNES     866-712-7753 CA 10138<br>Specialty Retail stores | 35.88 | *LEAH I TUNES* | |
| 5/19 | Debit Card Purchase 05/17 11:16a #1947<br>AOL*FS MozyHome   866-485-9217 VA 10138<br>Specialty Retail stores | 4.95 | *INTERNET* | 875.12 |
| 5/20 | Debit Card Purchase 05/18 08:41a #1947<br>BARTOLOMEI PUCCIARELLI 06098899000  NJ 10139<br>Misc Business Services | 44.00 | *ACCOUNTANT FEE* | 831.12 |
| 5/21 | ACH Electronic Credit<br>GLOBAL SAGE     PYI M.GS | | 365.90 | 1,197.02 |
| 5/24 | Debit Card Purchase 05/21 12:13a #1947<br>AOL* SERVICE 0510    800-827-6364 NY 10141<br>Misc Business Services | 51.80 | *AOL ADDRESS  GLOBAL SAGE TAG REFUND* | |
| 5/24 | Cash Withdrawal on 05/22 10:43p #1947<br>Citibank ATM 175 W72ND STREET NY, NY | 100.00 | *ATM* | 1,045.22 |
| 5/25 | Debit Card Purchase Return 05/23 #1947<br>GRACIOUS HOME 3   NEW YORK   NY 10144<br>Specialty Retail stores | | 38.10 *HOME SUPPLIES RETURN* | |
| 5/25 | Debit Card Purchase 05/21 02:20p #1947<br>AAA NEW YORK/MO/MOTO  05184732343  NY 10142<br>Membership & organizations | 89.00 | *AAA YRLY FEE* | |
| 5/25 | Debit Card Purchase 05/22 12:06p #1947<br>EZSNIPER.COM INC   03029947629  MD 10144<br>Misc Personal Services | 50.00 | *INTERNET* | |

GARY B. SCHAEFFER
DIP ACCOUNT

Account ▓▓▓9386    Page 4 of 5
Statement Period - Apr. 26 - May 25, 2010

62915/R1/04F000

## CHECKING ACTIVITY                                                    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|------------------:|--------------|--------:|
| 5/25 | Debit Card Purchase 05/23 04:02p #1947<br>YAHOO *GBS4783.COM  800-318-0870 CA 10144<br>Misc Business Services | 39.95 | *Internet* | |
| 5/25 | Debit Card Purchase 05/23 01:34p #1947<br>GRACIOUS HOME 3    NEW YORK    NY 10144<br>Specialty Retail stores | 38.10 | *Home supplies* | |
| 5/25 | Debit Card Purchase 05/23 02:59p #1947<br>GRACIOUS HOME 3    NEW YORK    NY 10144<br>Specialty Retail stores | 26.46 | *Home supplies* | |
| 5/25 | Check # 403 | 482.00 | *C S* | 357.81 |
|      | **Total Subtracted/Added** | **42,201.07** | **42,203.02** | |

All transaction times and dates reflected are based on Eastern Standard Time.

[1] *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| Overdraft and Returned Item Fees | | |
|---|---|---|
| | Statement Period Total | Year to Date Total |
| Total Overdraft Fees | $34.00 | $34.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| Checks Paid | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
| 384 | 4/29 | 482.00 | 389* | 5/04 | 1,976.33 | 394 | 5/06 | 2,960.00 | 399* | 5/04 | 3,000.00 |
| 385 | 4/30 | 750.00 | 390 | 5/04 | 2,200.00 | 395 | 5/04 | 560.00 | 401* | 5/10 | 15,000.00 |
| 386 | 5/04 | 1,454.22 | 391 | 5/04 | 482.00 | 396 | 5/04 | 482.00 | 402 | 5/18 | 482.00 |
| 387 | 5/04 | 650.00 | 393* | 4/30 | 350.00 | 397 | 5/12 | 300.00 | 403 | 5/25 | 482.00 |

* Indicates gap in check number sequence

| ThankYou® Points Summary | |
|---|---:|
| Points from checking account and other products and services | 100 |
| Points from debit card purchases | 856 |
| Adjusted points | -19 |
| Total Points forwarded to ThankYou® Network | 937 |
| Go to thankyou.com to review your point balance and redeem! | |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Network Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Network for important details.

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:          YOU CAN WRITE:

Checking                           800-627-3999           Citibank Client Services
                                   (For Speech and Hearing  100 Citibank Drive
                                   Impaired Customers Only  San Antonio, TX 78245-9966
                                   TDD: 800-945-0258)



**citibank**®

| | |
|---|---|
| GARY B. SCHAEFFER | Account ████████9386    Page 5 of 5 |
| DIP ACCOUNT | Statement Period - Apr. 26 - May 25, 2010 |

62916/R1/04F000

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

## CHECKING AND SAVINGS

**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.

**In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

Citicard, Citicard Banking Center, Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Checks-as-Cash, Equity Source Account, MultiMoney, Citigold, CitiPhone Banking, and Ready Credit are registered in the U.S. Patent and Trademark Office. Safety Check is a service mark of Citigroup, Inc.

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES:

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding" (from right).

**BALANCE**  (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Sum of check charges on above if applicable | |
| Total | |

In re _GARY B SCHAEFFER_

**Debtor**

Case No. _09-17126_

Reporting Period: _4/26 - 5/25_

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | |
| 6 Are any post petition State or Federal income taxes past due? | | |
| 7 Are any post petition real estate taxes past due? | | |
| 8 Are any other post petition taxes past due? | | |
| 9 Have any pre-petition taxes been paid during this reporting period? | | |
| 10 Are any amounts owed to post petition creditors delinquent? | | |
| 11 Have any post petition loans been been received by the Debtor from any party? | | |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | |