UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                                    Case No.
                                                                              09-17126 -mg
GARY B. SCHAEFFER,                                        In Proceedings for
                                                                              Reorganization under
                                    Debtor.                     Chapter 11
-------------------------------------------------------------X

### ORDER GRANTING AND LIMITING THE DEBTOR'S RIGHT TO SELL PERSONAL PROPERTY OVER THE INTERNET

The Debtor having advised this Court at a status conference held on April 19, 2009, that, from time to time, he sells items of personal property which may be property of the Debtor's estate, pursuant to 11 U.S.C. § 541, and that it was the Debtor's custom, ordinary practice and course of business to sell items of his personal property over the internet; and upon the record of that hearing; and no further notice of this proposed order being required; and after due consideration; and sufficient cause appearing to me therefor; it is

**ORDERED**, that pursuant to 11 U.S.C. § 363, the Debtor be and hereby is authorized to sell items of personal property over the internet, without further order of this Court; provided that: a.) no single item of property be sold for more than $1,000; and b.) internet sales in any given month not exceed properties having sale prices (excluding shipping and handling) totaling $2,500; and it is further

**ORDERED**, a record of all sales permitted by this Order shall be included with the

- 1 -

Debtor's monthly operating reports.

Dated: New York, New York
       June ___, 2010

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE