UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re GARY B SCHAEFFER

**Debtor**

Case No. 09-17126

Reporting Period: 5/26 - 6-27

Social Security # 0893

(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | ✓ | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date 7-8-10

Signature of Joint Debtor _____    Date _____

In re ___GARY B SCHAEFFER___          Case No. __09-17126__
    Debtor                               Reporting Period: __5/26 - 6/25__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must
be attached for each account. [See MOR-1 (CONT)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | 357.81 | |
| **RECEIPTS** | | |
| Wages (Net) | 10,572.02 | |
| **Interest and Dividend Income** | | |
| **Alimony and Child Support** | | |
| **Social Security and Pension Income** | | |
| **Sale of Assets** | | |
| Other Income *(attach schedule)* | 20,832.09 | |
| **Total Receipts** | 31,404.11 | |
| | | |
| Mortgage Payment(s) | | 5486 |
| Rental Payment(s) *(MAINTENANCE)* | | 4470 |
| **Other Secured Note Payments** | | 2250 |
| Utilities | | 1150 |
| Insurance | | 7498.74 |
| ~~Auto Expense~~ *INTERNET HOME* | | 97.84 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 264.00 |
| Medical Expenses | | 110.00 |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | 1446.00 |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment *+ FOOD + ATM* | | 2217.67 |
| Gifts | | 29.95 |
| Other *(attach schedule)* | | 2574.24 |
| **Total Ordinary Disbursements** | | |
| | | |
| Professional Fees *(BANK)* | | 17.50 |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | 27,611.94 |
| | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | 31,761.92 |
| | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | | 4149.98 |

In re GARY B SCHAEFFER
Debtor

Case No. 09-17126
Reporting Period: 5/26 - 6/27

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

OTHER INCOME

| | | |
|---|---|---|
| GLOBAL SAGE T&B REIMBURSEMENT | 492.09 | |
| 250 MORGAN RENTAL INCOME | 3300.00 | |
| NYS TAX REFUND | 17,040.00 | |
| | | |
| TOTAL | 20,832.09 | |

OTHER DEBTS

| | | |
|---|---|---|
| MANHATTAN MINI STORAGE | | 8.24 |
| MICHELLE REIMBURSEMENT FOR GS T/B | | 492.00 |
| USPS | | 13.62 |
| GNC | | 205.96 |
| GYM ARREARS | | 130.00 |
| | | |
| DRY CLEANERS | | 37.75 |
| AMAZON | | 7.56 |
| BARBER ARREARS | | 178.00 |
| SMILE OP. LLC | | 100.00 |
| DSM LLC FOR N.Y. COMIC CON 10/10 | | 500.00 |
| PAYPAL | | 75.35 |
| TOTAL | | 2574.24 |

## THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 2574.24 |
| **LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS** | |
| **PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts)** | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 2574.24 |

In re GARY B Schaeffer        Case No. _____09-17126_____
**Debtor**                   Reporting Period: ___5/26 - 6/27___

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

**(Bank account numbers may be redacted to last four numbers.)**

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE** * | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

_____

_____

_____

_____

_____

In re _Gary B. Schaeffer_    Case No. _09-17126_
**Debtor**    Reporting Period: _5/26 - 6/27_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Cash Disbursements |  |  |  |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total Bank Account Disbursements |  |  |  |  |

| Total Disbursements for the Month |  |
|-----------------------------------|--|

In re _GARY B SCHAEFFER_            Case No. _09-17126_
**Debtor**                          Reporting Period: _5/26 - 6/27_

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re GARY B Schaeffer     Case No. 09-17126
Debtor     Reporting Period: 5/26 - 6/27

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | | |
| TOTAL LIABILITIES | | |

FORM MOR-3 (INDV)
2/2008
PAGE 2 OF 2

In re GARY B SChAEffER
**Debtor**

Case No. 09-17126
Reporting Period: 5/26 - 6/27

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

In re _Gary B Schaeffer_
**Debtor**

Case No. _09-17126_
Reporting Period: _5/26 - 6/27_

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

In re _GARY B SCHAEFFER_                    Case No. _09-17126_
**Debtor**                                  Reporting Period: _5/26 - 6/27_

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | |
| 6 | Are any post petition State or Federal income taxes past due? | | |
| 7 | Are any post petition real estate taxes past due? | | |
| 8 | Are any other post petition taxes past due? | | |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | |
| 10 | Are any amounts owed to post petition creditors delinquent? | | |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | |


citibank

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

77387/R1/04F000

000
CITIBANK, N. A.
**Account**
**9959609386**

GARY B. SCHAEFFER
DIP ACCOUNT
2025 BROADWAY APT 21K
NEW YORK NY          10023-5019

I..IIIII..II...I.I..I.II.II.I.II.....IIII..II...II.I.I.I

**Statement Period**
**May 26 - June 27, 2010**

Page  1  of  5

## CITIBANK ACCOUNT AS OF JUNE 27, 2010

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $4,149.98 |
| **Savings** | ----- |
| **Investments**<br>**(not FDIC insured)** | ----- |
| **Loans** | ----- |
| **Credit Cards** | ----- |

Effective July 1st the Citibank® Global Transfer service will not be available to make transfers to Canada. In addition, the Philippines Money Card is being discontinued effective August 1st. You can use Citibank Global Transfers to send money to a Citibank Philippines account.

## SUGGESTIONS AND RECOMMENDATIONS

Effective July 1st, the Citibank® Global Transfer service will not be available to make transfers to Canada.

In addition, the Philippines Money Card is being discontinued effective August 1st. You can use Citibank Global Transfers to send money to Citibank Philippines account.

## CITIBANK ACCOUNT RATES AND CHARGES

When determining your rates and charges for this statement period, Citibank considered your average balances during the month of May in all of your qualifying accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range<br>$6,000-$9,999 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | None |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges.  Please note that when your qualified transaction activity exceeds the designated level, you may be subject to fees for transactions performed.

All fees assessed in a statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

63

GARY B. SCHAEFFER
DIP ACCOUNT

Account  9959609386
Statement Period -  May 26 - June 27, 2010

Page  2  of  5

77388/R1/04F000

## CHECKING ACTIVITY

**Regular Checking**
**9959609386**

Beginning Balance:         $357.81
Ending Balance:         $4,149.98

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 5/26 | Fee - Service Charge | 9.50 *BANK FEE* | | |
| 5/26 | Fees for Checks Paid | 8.00 *BANK FEE* | | 340.31 |
| 5/27 | Debit Card Purchase 05/25 09:52a #1947 | 32.85 *INTERNET* | | 307.46 |
| | WWW*EARTHLINK.NET    800-719-4660  GA 10146 | | | |
| | Misc Business Services | | | |
| 5/28 | ACH Electronic Credit | | 10,572.02 *SALARY* | |
| | GLOBAL SAGE LTD  PAYROLL | | | |
| 5/28 | Transfer to ESA 01:23p #1947 | 1,500.00 *HELOC* | | |
| | ONLINE           Reference # 002876 | | | |
| 5/28 | Debit PIN Purchase 05:56p #1947 | 50.00 *RX CO-PAY* | | |
| | 2025 BROADWAY      NEW YORK    NYUS02159 | | | |
| 5/28 | Check # 405 | 750.00 *J/A MONTHLY EXP.* | | 8,579.48 |
| 6/01 | Deposit 01:05p | | 17,040.00 *NYS TAX REFUND* | |
| | Teller | | | |
| 6/01 | ACH Electronic Debit | 75.35 *PAY PAL* | | |
| | PAYPAL        INST XFER | | | |
| 6/01 | Cash Withdrawal on 05/29¹ 10:26a #1947 | 203.00 *ATM* | | |
| | Non Citi ATM 2025 BROADWAY    NEW YORK    NYUS | | | |
| 6/01 | Cash Withdrawal on 05/30¹ 08:28a #1947 | 202.00 *ATM* | | |
| | Non Citi ATM *NEW YORK UNIVERSITY - NEW YORK    NYUS | | | |
| 6/01 | Debit PIN Purchase 08:47a #1947 | 103.98 *GNC* | | |
| | CONCOURSE SPACE GG  NEW YORK    NYUS02154 | | | |
| 6/01 | ACH Electronic Debit | 3,484.00 *2025 MTG* | | |
| | CITIMORTGAGE INC CHECK PYMT 0000000406 | | | |
| 6/01 | ACH Electronic Debit | 750.00 *BOA* | | 20,801.15 |
| | FIA CardServices CHECK PYMT 0000000407 | | | |
| 6/02 | ACH Electronic Credit | | 492.09 *G.S. T/E REIMBURSE* | |
| | GLOBAL SAGE   Pyt fm. GS | | | |
| 6/02 | Deposit 08:01a #1947 | | 3,300.00 *250 MERCER RENT* | |
| | Teller | | | |
| 6/02 | Debit Card Purchase 05/30 08:50p #1947 | 106.73 *FAMILY DINNER* | | |
| | LANSKYS      NEW YORK   NY 10152 | | | |
| | Restaurant/Bar | | | |
| 6/02 | Debit Card Purchase 05/31 04:31p #1947 | 8.82 *U.S.P.S.* | | |
| | USPS.COM CLICK66100QPS WASHINGTON  DC 10152 | | | |
| | Specialty Retail stores | | | |
| 6/02 | Check # 408 | 2,002.00 *250 MERCER MTG* | | |
| 6/02 | Check # 404 | 482.00 *CS* | | 21,993.69 |
| 6/04 | Debit Card Purchase 06/01 06:58p #1947 | 37.75 *DRY CLEANERS* | | |
| | MAYSON 2 CLEANERS  NEW YORK   NY 10154 | | | |
| | Misc Personal Services | | | |
| 6/04 | Debit Card Purchase 06/02 10:13a #1947 | 32.85 *INTERNET* | | |
| | WWW*EARTHLINK.NET    800-719-4660  GA 10154 | | | |
| | Misc Business Services | | | |
| 6/04 | Debit Card Purchase 06/01 03:55a #1947 | 10.80 *TRAVEL* | | |
| | ZIPCAR INC       06179954231  MA 10154 | | | |
| | Misc Transportation | | | |
| 6/04 | Debit Card Purchase 05/28 09:45p #1947 | 7.56 *AMAZON. COM* | | 21,904.73 |
| | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA 10154 | | | |
| | Specialty Retail stores | | | |
| 6/07 | Cash Withdrawal on 06/05¹ 04:28p #1947 | 700.00 *ATM* | | |
| | Citibank ATM 175 W 72ND STREET, NY, NY | | | |
| 6/07 | Cash Withdrawal on 06/04¹ 09:03p #1947 | 102.00 *ATM* | | |
| | Non Citi ATM *NEW YORK UNIVERSITY - NEW YORK    NYUS | | | |
| 6/07 | Debit PIN Purchase 06/05 04:35p #1947 | 51.99 *GNC* | | |
| | 163 WEST 72ND STREE   NEW YORK   NYUS02154 | | | |
| 6/07 | Debit PIN Purchase 06/06 02:39p #1947 | 46.75 *FOOD* | | |
| | 1972 Broadway      New York   NYUS02159 | | | |
| 6/07 | Check # 409 | 1,526.00 *250 MERCER MNTNC* | | 19,477.99 |
| 6/08 | Debit Card Purchase 06/05 08:52p #1947 | 93.83 *FAMILY DINNER* | | |
| | CHINA FUN       NEW YORK   NY 10158 | | | |
| | Restaurant/Bar | | | |
| 6/08 | Debit PIN Purchase 09:37a #1947 | 60.00 *RX COPAY* | | |
| | 2025 BROADWAY      NEW YORK   NYUS02159 | | | |
| 6/08 | Check # 411 | 7,498.74 *LIFE INSURANCE* | | |
| 6/08 | Check # 410 | 2,944.00 *2025 MNTNCE* | | 8,881.42 |
| 6/09 | Debit Card Purchase 06/07 10:52a #1947 | 4.80 *USPS* | | |
| | USPS.COM CLICK66100QPS WASHINGTON  DC 10159 | | | |
| | Specialty Retail stores | | | |
| 6/09 | Check # 413 | 100.00 *SMILE OPERATING LLC* | | 8,776.62 |
| 6/10 | Debit Card Purchase 06/08 04:10p #1947 | 178.00 *HAIRCUT ARRANGMENTS* | | 8,598.62 |
| | DOMINIQUE SALON LTD  NEW YORK   NY 10160 | | | |
| | Misc Personal Services | | | |



## CHECKING ACTIVITY                                                                  Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 6/11 | Debit Card Purchase 06/09 01:41a #1947<br>APL*ITUNES    866-712-7753 CA 10161<br>Specialty Retail stores | 1.29 | *Internet* | 8,597.33 |
| 6/14 | Debit Card Purchase 06/08 09:31p #1947<br>P D O HURLEYS    NEW YORK    NY 10162<br>Restaurant/Bar | 44.79 | *Food* | 8,552.54 |
| 6/15 | Debit Card Purchase 06/11 12:21p #1947<br>MANHATTAN MINI INT#405 08007867243 NY 10163<br>Misc Business Services | 834.00 | *Storage* | |
| 6/15 | Debit Card Purchase 06/11 06:16p #1947<br>PANE E. VINO    NEW YORK    NY 10165<br>Restaurant/Bar | 67.26 | *Food* | |
| 6/15 | Check # 412 | 482.00 | *CS* | |
| 6/15 | Check # 414 | 482.00 | *CS* | 6,687.28 |
| 6/16 | Debit Card Purchase 06/14 06:46p #1947<br>DALLAS BBQ- WEST 72ND NEW YORK   NY 10166<br>Restaurant/Bar | 35.45 | *Food* | |
| 6/16 | Debit Card Purchase 06/13 05:14p #1947<br>NESPRESSO USA    888-637-7737 NY 10166<br>Food & Beverages | 34.45 | *Food* | 6,617.38 |
| 6/17 | Cash Withdrawal 11:13a #1947<br>Non Citi ATM 1114 6TH AVE    NEW YORK    NYUS | 202.00 | *ATM* | |
| 6/17 | Debit PIN Purchase 04:21p #1947<br>CONCOURSE SPACE GG   NEW YORK    NYUS02154 | 49.99 | *GNC* | 6,365.39 |
| 6/18 | Debit Card Purchase 06/15 10:52a #1947<br>MRS. G    06098821444   NJ 10168<br>Specialty Retail stores | 264.00 | *Kitchen Replacement* | |
| 6/18 | Debit Card Purchase 06/15 04:13p #1947<br>REEBOK SPORTS MEMBERSH NEW YORK   NY 10168<br>Recreational Services | 130.00 | *Gym Arrears* | 5,971.39 |
| 6/21 | Debit PIN Purchase 03:28p #1947<br>30 ROCKEFELLER CTR    NEW YORK    NYUS02159 | 9.67 | *Food* | 5,961.72 |
| 6/22 | Debit Card Purchase 06/21 12:13a #1947<br>AOL* SERVICE 0610   800-827-6364 NY 10172<br>Misc Business Services | 25.90 | *Internet* | |
| 6/22 | Debit Card Purchase 06/19 05:41p #1947<br>AOL*FS Mozy/Home   866-485-9217  VA 10172<br>Specialty Retail stores | 4.95 | *Internet* | 5,930.87 |
| 6/23 | Debit PIN Purchase 05:00p #1947<br>WEST 34TH STREET    NEW YORK    NYUS02153 | 51.00 | *Food* | 5,879.87 |
| 6/24 | Debit Card Purchase 06/22 12:37p #1947<br>SURREY CADILLAC INC  NEW YORK   NY 10174<br>Autos (rental, service, gas) | 141.05 | *Travel* | |
| 6/24 | Debit Card Purchase 06/22 12:36p #1947<br>SURREY CADILLAC INC  NEW YORK   NY 10174<br>Autos (rental, service, gas) | 96.36 | *Travel* | |
| 6/24 | Debit Card Purchase 06/22 12:38p #1947<br>SURREY CADILLAC INC  NEW YORK   NY 10174<br>Autos (rental, service, gas) | 70.53 | *Travel* | |
| 6/24 | Debit Card Purchase 06/19 01:26p #1947<br>DAI*STORE.HBO.COM  415-248-5745 CA 10174<br>Specialty Retail stores | 29.95 | *Gift* | |
| 6/24 | Check # 417 | 500.00 | *OSM LLC* | |
| 6/24 | Check # 416 | 400.00 | *3/3 monthly exp* | 4,641.98 |
| 6/25 | Check # 419 | 492.00 | *Michelle - GS/TB reimb* | 4,149.98 |
| | **Total Subtracted/Added** | **27,611.94** | **31,404.11** | |

All transaction times and dates reflected are based on Eastern Standard Time.

[1] *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| Overdraft and Returned Item Fees | | |
|---|---|---|
| | Statement Period Total | Year to Date Total |
| Total Overdraft Fees | $0.00 | $34.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| Checks Paid | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
| 404 | 6/02 | 482.00 | 409 | 6/07 | 1,526.00 | 412 | 6/15 | 482.00 | 416* | 6/24 | 400.00 |
| 405 | 5/28 | 750.00 | 410 | 6/08 | 2,944.00 | 413 | 6/09 | 100.00 | 417 | 6/24 | 500.00 |
| 408* | 6/02 | 2,002.00 | 411 | 6/08 | 7,498.74 | 414 | 6/15 | 482.00 | 419* | 6/25 | 492.00 |

* Indicates gap in check number sequence

GARY B. SCHAEFFER
DIP ACCOUNT

Account 9959609386          Page 4 of 5
Statement Period -  May 26 - June 27, 2010

77390/R1/04F000

## CHECKING ACTIVITY                                                                    Continued

### ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | 100 |
| Points from debit card purchases | 1,274 |
| Total Points forwarded to ThankYou® Network | 1,374 |
| Go to thankyou.com to review your point balance and redeem! | |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Network Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Network for important details.

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us.  Note that some of these products may not be available in all states.**

The products reported on this statement have been combined onto one monthly statement at your request.  The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation.  Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.
**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed during its grace period.  Updated information will be reflected on a subsequent statement.
**In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible.  We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared.
*Give us the following information:*  (1) your name and account number, (2) the dollar amount of the  suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.   We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Citibank is an Equal Housing Lender.**



Citicard, Citicard Banking Center, Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Checks-as-Cash, Equity Source Account, MultiMoney, Citigold, CitiPhone Banking, and Ready Credit are registered in the U.S. Patent and Trademark Office. Safety Check is a service mark of Citigroup, Inc

**TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES**

1  List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"**  column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding" (from right).

**BALANCE**   (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Sum of check charges on above if applicable |  |
| Total |  |

63