UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re _GARY B SCHAEFFER_____        Case No. _09-17126_
    Debtor                                  Reporting Period: _7/26_ /_8/25_

                                            Social Security # _____0893_____
                                            (last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | ✓ | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _Gary B Sch_____        Date _9-3-10_

Signature of Joint Debtor _____        Date _____

FORM MOR (INDV)
2/2008
PAGE 1 OF 1

In re GARY B SCHAEFFER                Case No. 09-17126
**Debtor**                            Reporting Period: 7-26 / 8-25

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | 636.89 | |
| **RECEIPTS** | | |
| Wages (Net) | 11,183.73 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | 807 21 | |
| Other Income *(attach schedule)* | 7,575 | |
| **Total Receipts** | 23,138.73 | |
| | | |
| Mortgage Payment(s) | | 5486 |
| ~~Rental~~ MAINTENANCE Payment(s) | | 4803 |
| **Other Secured Note Payments** | | 7050 |
| Utilities | | 850 |
| ~~Insurance~~ INTERNET HOME | | 150.14 |
| Auto Expense | | 105.27 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance 4 MANHATTAN STORAGE | | 834.00 |
| Medical Expenses | | 779.78 |
| Food, Clothing, Hygiene | | 980.24 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | 1928 |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment 4 ATM | | 1209.35 |
| Gifts | | |
| Other *(attach schedule)* | | 503.96 |
| **Total Ordinary Disbursements** | | 20,512.53 |
| | | |
| Professional Fees | | 10 — |
| U. S. Trustee Fees | | 650 — |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | 20,512.53 |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | 20,512.53 |
| | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | 23,138.73 |
| | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | | + 3263.09 |

In re  GARY B SCHAEFFER                     Case No.  09-17126
         **Debtor**                                  Reporting Period:  7-26 / 8-25

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

OTHER INCOME {

| | | |
|---|---|---|
| 250 MERCER RENTAL INCOME | 3300 | |
| 1973 CADILLAC ELDORADO SALE | 7575 | |
| PAYPAL | 807 21 | |
| | | |
| TOTAL | 11,682.21 | |

OTHER DEBITS {

| | | |
|---|---|---|
| PAPYRUS GREETING CARDS | | 19.43 |
| US POST OFFICE | | 12.78 |
| BABY NAMING INVITATIONS | | 71.75 |
| OSM FEES | | 400.00 |
| TOTAL | | 503.96 |

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re GARY B SCHAEFFER                    Case No. 09-17126
**Debtor**                               Reporting Period: 7-26 / 8-25

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE *** | | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

_____

_____

_____

_____

_____

In re _GARY B Schaeffer_          Case No. _09-17126_
Debtor                            Reporting Period: _7-26 / 8-25_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
| Total Bank Account Disbursements | | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|
|                                   |  |

In re GARY B SCHAEFFER

**Debtor**

Case No. 09-17126

Reporting Period: 7-26 / 8-25

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | | |
| | | |
| | | |
| Other Property (attach schedule) | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re _GARY B SCHAEFFER_     Case No. _09-17126_
**Debtor**     Reporting Period: _7-26 / 8-25_

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |

**In re** *GARY B Schaeffer*
**Debtor**

**Case No.** *09-17126*
**Reporting Period:** *7-26 / 8-25*

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | | **Number of Days Past Due** | | | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

_____

In re _GARY B Schaeffer_          Case No. _09-17126_
**Debtor**                        Reporting Period: _7-26 / 8-23_

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |




**citibank**

Citibank Client Services   000
PO Box 769013
San Antonio, TX 78245-9013

64076/R1/04F000

000
CITIBANK, N. A.
**Account**
**9959609386**

GARY B. SCHAEFFER
DIP ACCOUNT
2025 BROADWAY APT 21K
NEW YORK NY          10023-5019

**Statement Period**
**July 26 - Aug. 25, 2010**

Page  1  of  5

## CITIBANK ACCOUNT AS OF AUGUST 25, 2010

**Relationship Summary:**

| | |
|---|---:|
| Checking | $3,263.09 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Loans | ----- |
| Credit Cards | ----- |

Sign up for Citibank® Online today and get the chance to enter the Citibank Click to Win Sweepstakes. For Official Rules, which govern, visit citibank.com/clicktowin. Ends 9/15/10.

**Help protect yourself from fraud**
Awareness is the key to protecting yourself from fraud. Never provide personal information in response to an unsolicited request by fax, phone, email or mail. Immediately delete suspicious emails without opening them. Always be aware of the source of checks that are deposited to your account. Avoid becoming a victim and protect your information and your accounts. If you have any questions, please call us at **1-800-274-6660**. In the NY metro area call **1-800-627-3999**.

## CITIBANK ACCOUNT RATES AND CHARGES

When determining your rates and charges for this statement period, Citibank considered your average balances during the month of July in all of your qualifying accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | $9.50 |

| Transaction Fees | Standard | Your Transaction Activity and Fees this Statement Period |
|---|---|---|
| Fee for each Check Paid | $0.50 | 14 @ $0.50 = $7.00 |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges.  Please note that when your qualified transaction activity exceeds the designated level, you may be subject to fees for transactions performed.

All fees assessed in a statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

GARY B. SCHAEFFER                          Account 9959609386          Page 2 of 5          64077/R1/04F000
DIP ACCOUNT                               Statement Period - July 26 - Aug. 25, 2010

## CHECKING ACTIVITY

### Regular Checking
**9959609386**

Beginning Balance:    $636.89
Ending Balance:       $3,263.09

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 7/26 | ACH Electronic Credit<br>PAYPAL      TRANSFER | | 380.00 *PAYPAL* | |
| 7/26 | Debit Card Purchase 07/22 07:27a #1947<br>DELTA  00682209202721 NEW YORK-JFK  NY 10204<br>Airlines & Airports | 25.00 *TRAVEL* | | 991.89 |
| 7/27 | Debit Card Purchase 07/23 05:52p #1947<br>DELTA  00621798013406 DALLAS      TX 10205 | 200.00 *TRAVEL* | | |
| 7/27 | Debit Card Purchase 07/23 08:57p #1947<br>YAHOO *GBS4783.COM  800-318-0870 CA 10205<br>Misc Business Services | 39.95 *INTERNET* | | |
| 7/27 | Debit Card Purchase 07/24 08:33a #1947<br>DELTA  00682203593002 SAN DIEGO    CA 10207<br>Airlines & Airports | 25.00 *TRAVEL* | | 726.94 |
| 7/28 | ACH Electronic Credit<br>GLOBAL SAGE LTD  PAYROLL | | 11,183.73 *SALARY* | |
| 7/28 | Debit Card Purchase 07/25 #1947<br>SHERATON LA JOLLA    LA JOLLA    CA 10208<br>Hotels & Motels | 95.47 *TRAVEL* | | |
| 7/28 | Debit Card Purchase 07/26 12:03p #1947<br>USPS COM CLICK66100QPS WASHINGTON  DC 10208<br>Specialty Retail stores | 12.78 *USPS* | | |
| 7/28 | Debit Card Purchase 07/25 02:24p #1947<br>DELTA ONBOARD      ATLANTA      GA 10208<br>Recreational Services | 7.00 *TRAVEL* | | 11,795.42 |
| 7/29 | Check # 431 | 500.00 *DR HERBERT* | | 11,295.42 |
| 7/30 | Debit PIN Purchase 11:22a #1947<br>CONCOURSE SPACE GG  NEW YORK    NYUS02154 | 79.98 *FOOD* | | 11,215.44 |
| 8/02 | Transfer to ESA 11:32a #1947<br>ONLINE      Reference # 000341 | 1,200.00 *HEDOL* | | |
| 8/02 | Cash Withdrawal on 08/01' 01:12p #1947<br>Citibank ATM 162 AMSTERDAM AVENUE, NY, NY | 100.00 *ATM* | | |
| 8/02 | Debit PIN Purchase 11:07a #1947<br>Papyrus #2215      New York    NYUS02159 | 19.43 *TWINS B-DAY CARDS* | | |
| 8/02 | Debit PIN Purchase 10:56a #1947<br>30 ROCKEFELLER CTR    NEW YORK    NYUS02159 | 11.52 *FOOD* | | |
| 8/02 | Check # 430 | 482.00 *C.S.* | | 9,402.49 |
| 8/03 | Debit Card Purchase 08/01 07:45p #1947<br>CHINA FUN      QPS NEW YORK    NY 10214<br>Restaurant/Bar | 138.46 *FOOD* | | |
| 8/03 | Debit Card Purchase 07/30 08:17p #1947<br>TRATTORIA SAMBUCCA    NEW YORK    NY 10212<br>Restaurant/Bar | 114.57 *B-DAY DINNER* | | |
| 8/03 | Debit Card Purchase 07/29 09:57a #1947<br>ZIPCAR INC    06179954231 MA 10212<br>Misc Transportation | 77.92 *TRAVEL* | | |
| 8/03 | Debit Card Purchase 07/31 06:07p #1947<br>ZIPCAR INC    06179954231 MA 10214<br>Misc Transportation | 57.80 *TRAVEL* | | |
| 8/03 | Debit Card Purchase 07/23 #1947<br>YELLOW CAB OF SAN DIEG SAN DIEGO    CA 10212<br>Misc Transportation | 38.00 *TRAVEL* | | |
| 8/03 | Debit Card Purchase 07/31 03:03p #1947<br>SHELL OIL 57544422603 ROSLYN HEIGHT NY 10214<br>Autos (rental, service, gas) | 16.97 *TRAVEL* | | |
| 8/03 | Debit Card Purchase 07/31 11:52a #1947<br>MTA MVM 72ND STREETQPS 212-METROCARD NY 10214<br>Misc Transportation | 2.25 *TRAVEL* | | |
| 8/03 | Check # 432 | 650.00 *US. TRUSTEE* | | 8,306.52 |
| 8/04 | Deposit 08:33a<br>Teller | | 3,300.00 *250 MERCER RENT* | |
| 8/04 | Debit Card Purchase 07/31 02:03p #1947<br>CLEARWAY AUTO PARTS  Mineola    NY 10215<br>Autos (rental, service, gas) | 105.27 *CAR BATTERY* | | |
| 8/04 | Debit Card Purchase 08/01 05:56a #1947<br>ZIPCAR INC    06179954231 MA 10215<br>Misc Transportation | 54.44 *TRAVEL* | | |
| 8/04 | Debit Card Purchase 07/31 09:22p #1947<br>WESTSIDE RESTAURANT  NEW YORK    NY 10215<br>Restaurant/Bar | 18.73 *FOOD* | | |
| 8/04 | Debit Card Purchase 07/31 12:22p #1947<br>NYC DOT METERED PARKIN LONG ISLAND C NY 10215<br>Autos (rental, service, gas) | 1.00 *TRAVEL* | | |
| 8/04 | Check # 437 | 300.00 *OSM* | | |
| 8/04 | Check # 436 | 750.00 *B OF A* | | 10,377.08 |

## CHECKING ACTIVITY                                                                    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 8/05 | Debit Card Purchase 08/02 10:14p #1947<br>REEBOK SPORTS CLUB NY  NEW YORK  NY 10216<br>Recreational Services | 65.00 *GYM* | | |
| 8/05 | Debit Card Purchase 08/03 10:12a #1947<br>WWW*EARTHLINK.NET  800-719-4660 GA 10216<br>Misc Business Services | 32.85 *INTERNET* | | |
| 8/05 | ACH Electronic Debit<br>CITIMORTGAGE INC CHECK PYMT 0000000435 | 3,484.00 *2025 MTG* | | |
| 8/05 | Check # 434 | 2,807.00 *2025 MATNCE* | | |
| 8/05 | Check # 433 | 482.00 *CS* | | 3,506.23 |
| 8/06 | Cash Withdrawal 01:14p #1947<br>Teller | 100.00 *ATM* | | |
| 8/06 | Debit Card Purchase 08/03 08:47a #1947<br>MAYSON 2 CLEANERS  NEW YORK  NY 10217<br>Misc Personal Services | 140.50 *DRY CLEANERS* | | |
| 8/06 | Debit Card Purchase 08/03 08:45p #1947<br>LA BOITE EN BOIS  NEW YORK  NY 10217<br>Restaurant/Bar | 76.50 *FOOD* | | 3,189.23 |
| 8/09 | Debit Card Purchase 08/04 06:41a #1947<br>APL*ITUNES  866-712-7753 CA 10218<br>Specialty Retail stores | 5.25 *INTERNET* | | |
| 8/09 | Cash Withdrawal on 08/08 01:28p #1947<br>Citibank ATM 175 W 72ND STREET, NY, NY | 100.00 *ATM* | | |
| 8/09 | Debit PIN Purchase 08/07 04:24p #1947<br>2025 BROADWAY  NEW YORK  NYUS02159 | 34.78 *RX COPAY* | | 3,049.20 |
| 8/10 | ACH Electronic Credit<br>PAYPAL  TRANSFER | | 700.00 *PAYPAL* | |
| 8/10 | Incoming Wire Transfer<br>WIRE FROM JL COOPER | | 7,575.00 *PAY PAL (CAR)* | |
| 8/10 | Debit Card Purchase 08/06 10:49a #1947<br>NYC-TAXI  Q02 LONG ISLAND C NY 10221<br>Misc Transportation | 8.00 *TRAVEL* | | |
| 8/10 | Check # 438 | 2,002.00 *250 M. MTG* | | 9,314.20 |
| 8/11 | INCOMING WIRE TRANSFER FEE<br>INCOMING WIRE  FEE | 10.00 *BANK FEES* | | |
| 8/11 | Debit PIN Purchase 11:02a #1947<br>1251 6TH AVENUE  NEW YORK  NYUS02159 | 11.97 *FOOD* | | |
| 8/11 | Check # 439 | 100.00 *OSM* | | 9,192.23 |
| 8/12 | Check # 443 | 850.00 *J/A* | | |
| 8/12 | Check # 440 | 200.00 *DR. HERBERT* | | 8,142.23 |
| 8/13 | Debit Card Purchase 08/11 04:22p #1947<br>DOMINIQUE SALON LTD  NEW YORK  NY 10224<br>Misc Personal Services | 86.00 *HAIR CUT* | | |
| 8/13 | Cash Withdrawal 01:56p #1947<br>Citibank ATM 175 W 72ND STREET, NY, NY | 100.00 *ATM* | | 7,956.23 |
| 8/16 | ACH Electronic Debit<br>405 MANHATTAN MI 2126315930 | 834.00 *M.M.S.* | | |
| 8/16 | ACH Electronic Debit<br>PAYPAL  INST XFER | 10.87 *PAYPAL* | | |
| 8/16 | Debit Card Purchase 08/12 05:50p #1947<br>CHINA FUN  QPS NEW YORK  NY 10225<br>Restaurant/Bar | 40.00 *FOOD* | | |
| 8/16 | Debit PIN Purchase 08/15 11:49a #1947<br>2025 BROADWAY  NEW YORK  NYUS02159 | 21.34 *FOOD* | | |
| 8/16 | Debit PIN Purchase 08/14 04:07p #1947<br>2025 BROADWAY  NEW YORK  NYUS02159 | 11.97 *FOOD* | | |
| 8/16 | Check # 441 | 482.00 *CS* | | 6,556.05 |
| 8/17 | Debit Card Purchase 08/14 09:10p #1947<br>PASQUALES COAL OVEN PI NEW YORK  NY 10228<br>Restaurant/Bar | 59.75 *FOOD* | | |
| 8/17 | Debit PIN Purchase 07:35a #1947<br>2025 BROADWAY  NEW YORK  NYUS02159 | 11.97 *FOOD* | | |
| 8/17 | Check # 442 | 1,996.00 *250 MRER MNTNCE* | | 4,488.33 |
| 8/18 | Debit Card Purchase 08/13 01:23p #1947<br>COMEDY CELLAR/OLIVE TR NEW YORK  NY 10229<br>Restaurant/Bar | 35.67 *FOOD* | | 4,452.66 |
| 8/19 | ACH Electronic Debit<br>PAYPAL | 40.00 *PAYPAL* | | |
| 8/19 | Debit Card Purchase 08/17 05:21p #1947<br>DISHES  QPS NY  NY 10230<br>Restaurant/Bar | 23.14 *FOOD* | | |
| 8/19 | Debit Card Purchase 08/17 12:32p #1947<br>AOL*FS MozyHome  866-485-9217 VA 10230<br>Specialty Retail stores | 4.95 *INTERNET* | | |
| 8/19 | Check # 444 | 482.00 *CS* | | 3,902.57 |
| 8/20 | ACH Electronic Debit<br>PAYPAL  INST XFER | 221.92 *PAYPAL* | | |
| 8/20 | Debit Card Purchase 08/17 08:12a #1947<br>METRO-NORTH TVM  877-886-6677 NY 10231<br>Misc Transportation | 35.50 *TRAVEL* | | |

GARY B. SCHAEFFER
DIP ACCOUNT

Account 39596104386    Page 4 of 5
Statement Period -  July 26 - Aug. 25, 2010

64079/R1/04F000

## CHECKING ACTIVITY                                                 Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 8/20 | Debit Card Purchase 08/18 08:30a #1947<br>ASSOCIATESININTERNALME NEW YORK    NY 10231<br>Medical Services | 35.00 | *MY COPAY* | |
| 8/20 | Cash Withdrawal 11:17a #1947<br>Citibank ATM 787 7TH AVE, NY, NY | 100.00 | *ATM* | 3,510.15 |
| 8/23 | Debit Card Purchase 08/19 08:13p #1947<br>STORKIE EXPRESS      09544739993  FL 10232<br>Specialty Retail stores | 71.75 | *BABY NAMING INVITATIONS* | |
| 8/23 | Debit PIN Purchase 05:04p #1947<br>163 WEST 72ND STREE    NEW YORK    NYUS02154 | 39.99 | *FOOD* | |
| 8/23 | Debit PIN Purchase 08/21 01:50p #1947<br>2025 BROADWAY       NEW YORK    NYUS02159 | 10.00 | *RX COPAY* | 3,388.41 |
| 8/24 | Debit Card Purchase 08/20 05:30p #1947<br>LA VELA        NEW YORK     NY 10235<br>Restaurant/Bar | 58.18 | *FOOD* | |
| 8/24 | Debit Card Purchase 08/21 12:25a #1947<br>AOL* SERVICE 0810    800-827-6364 NY 10233<br>Misc Business Services | 25.90 | *INTERNET* | |
| 8/24 | Debit Card Purchase 08/21 04:38a #1947<br>APL*ITUNES       866-712-7753 CA 10235<br>Specialty Retail stores | 1.29 | *INTERNET* | 3,303.04 |
| 8/25 | Debit Card Purchase 08/23 11:39a #1947<br>YAHOO *GBS4763.COM  800-318-0870  CA 10236<br>Misc Business Services | 39.95 | *INTERNET* | 3,263.09 |
| | **Total Subtracted/Added** | **20,512.53** | **23,138.73** | |

All transaction times and dates reflected are based on Eastern Standard Time.

[1] *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| Overdraft and Returned Item Fees | | |
|---|---|---|
| | Statement Period Total | Year to Date Total |
| Total Overdraft Fees | $0.00 | $34.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| Checks Paid | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
| 430 | 8/02 | 482.00 | 434 | 8/05 | 2,807.00 | 439 | 8/11 | 100.00 | 442 | 8/17 | 1,996.00 |
| 431 | 7/29 | 500.00 | 436* | 8/04 | 750.00 | 440 | 8/12 | 200.00 | 443 | 8/12 | 850.00 |
| 432 | 8/03 | 650.00 | 437 | 8/04 | 300.00 | 441 | 8/16 | 482.00 | 444 | 8/19 | 482.00 |
| 433 | 8/05 | 482.00 | 438 | 8/10 | 2,002.00 | | | | | | |

* Indicates gap in check number sequence

| ThankYou® Points Summary | |
|---|---|
| Points from checking account and other products and services | 100 |
| Points from debit card purchases | 998 |
| Total Points forwarded to Citi® ThankYou® Rewards | 1,098 |
| Go to thankyou.com to review your point balance and redeem! | |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

**citibank**®  Doc 70   Filed 09/08/10   Entered 09/08/10 16:01:59   Main Document

GARY B. SCHAEFFER          Account 9999609386          Page 5 of 5          64080/R1/04F000
DIP ACCOUNT                                            Statement Period - July 26 - Aug. 25, 2010
                                    Pg 14 of 14

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.

**In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING LENDER

Citicard, Citicard Banking Center, Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Checks-as-Cash, Equity Source Account, MultiMoney, Citigold, CitiPhone Banking, and Ready Credit are registered in the U.S. Patent and Trademark Office. Safety Check is a service mark of Citigroup, Inc.

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding" (from right).

**BALANCE** (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Sum of check charges on above if applicable |  |
| Total |  |