UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _GARY B SchAEffER_    Case No. _09-17126_
**Debtor**    Reporting Period: _8-26 / 9-26_

Social Security # _____ _0893_
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | ✓ | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _Gary B Schnffr_    Date _10 - 5 - 10_

Signature of Joint Debtor _____    Date _____

In re GARY B SCHAEFFER
Debtor

Case No. 09-17126
Reporting Period: 8-26 / 9-26

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | |
|---|---|
| **Cash - Beginning of Month** | 3263.09 |
| **RECEIPTS** | |
| Wages (Net) | 11,605.35 |
| **Interest and Dividend Income** | |
| Alimony and Child Support | |
| Social Security and Pension Income | |
| Sale of Assets | |
| Other Income *(attach schedule)* | 3300 |
| **Total Receipts** | 14,905.35 |
| | |
| Mortgage Payment(s) | 5486.13 |
| ~~Rental~~ MAINTENANCE Payment(s) | 4804.00 |
| **Other Secured Note Payments** | 1950.00 |
| Utilities | 750.00 |
| ~~Insurance~~ INTERNET FOR THE HOME | 197.08 |
| ~~Auto Expense~~ GROCERIES | 345.10 |
| Lease Payments | |
| IRA Contributions | |
| Repairs and Maintenance & MANHATTAN STORAGE | 911.28 |
| Medical Expenses | 360.00 |
| Food, Clothing, Hygiene | 146.34 |
| Charitable Contributions | |
| Alimony and Child Support Payments | 1928.00 |
| Taxes - Real Estate | |
| Taxes - Personal Property | |
| Taxes - Other *(attach schedule)* | |
| Travel and Entertainment & ATM | 263.14 |
| Gifts | |
| Other *(attach schedule)* | 172.91 |
| **Total Ordinary Disbursements** | 17,356.43 |
| | |
| Professional Fees | 42.45 |
| U. S. Trustee Fees | |
| Other Reorganization Expenses *(attach schedule)* | |
| **Total Reorganization Items** | 42.45 |
| | |
| **Total Disbursements** *(Ordinary + Reorganization)* | 17,356.43 |
| | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | 2451.08 |
| | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 812.01 |

In re GARY B SCHAEFFER

**Debtor**

Case No. 09-17126

Reporting Period: 8-26 / 9-26

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

OTHER INCOME {

| | | |
|---|---|---|
| 250 MERCER RENTAL INCOME | 3300 | |
| | | |
| | | |
| | | |
| TOTAL | 3300 | |

OTHER DEBITS {

| | | |
|---|---|---|
| U.S. POST OFFICE | 10.88 | |
| VERIZON PHONE REPLACEMENT | 108.88 | |
| PAY PAL EBAY fee collection | 53.15 | |
| TOTAL | 172.91 | |

## THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| **LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS** | |
| **PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts)** | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re _GARY B Schaeffer_                       Case No. _09-17126_
**Debtor**                                     Reporting Period: _8-26 / 9-26_

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The Debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE** * | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

In re _GARY B SCHAEFFER_                Case No. _09-17126_
**Debtor**                              Reporting Period: _8-26 / 9-26_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      | Total Cash Disbursements |  |  |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      | Total Bank Account Disbursements |  |  |  |

| Total Disbursements for the Month | |
|-----------------------------------|-|
|                                   | |

In re GARY B SCHAEFFER    Case No. 09-17126
**Debtor**    Reporting Period: 8-26 / 9-26

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property (attach schedule) | | |
| TOTAL REAL PROPERTY ASSETS | | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| TOTAL PERSONAL PROPERTY | | |
| TOTAL ASSETS | | |

FORM MOR-3 (INDV)
2/2008
PAGE 1 OF 2

In re _GARY B SCHAEFFER_                  Case No. _09-17126_
      **Debtor**                           Reporting Period: _8-26 / 9-26_

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | | |
| TOTAL LIABILITIES | | |

FORM MOR-3 (INDV)
2/2008
PAGE 2 OF 2

In re _GARY B Schaeffer_
Debtor

Case No. _09 - 17126_
Reporting Period: _8-26 / 9-26_

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt (list creditor) |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Total Post-petition Debts |  |  |  |  |  |  |

Number of Days Past Due

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

In re _GARY B SCHAEFFER_    Case No. _09-17126_
**Debtor**    Reporting Period: _8-26 / 9-26_

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

In re GARY B Schaeffer

**Debtor**

Case No. O9- 17126
Reporting Period: 8-26 /9-26

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | |
| 6 | Are any post petition State or Federal income taxes past due? | | |
| 7 | Are any post petition real estate taxes past due? | | |
| 8 | Are any other post petition taxes past due? | | |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | |
| 10 | Are any amounts owed to post petition creditors delinquent? | | |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | |


Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

203928/R1/04F000

000
CITIBANK, N. A.
**Account**
**9959609386**

GARY B. SCHAEFFER
DIP ACCOUNT
2025 BROADWAY APT 21K
NEW YORK NY          10023-5019

**Statement Period**
**Aug. 26 - Sept. 26, 2010**

Page  1  of  5

## CITIBANK ACCOUNT AS OF SEPTEMBER 26, 2010

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $812.01 |
| **Savings** | ----- |
| **Investments** (not FDIC insured) | ----- |
| **Loans** | ----- |
| **Credit Cards** | ----- |

**Put your savings plan on auto-pilot**

Create a customized savings plan that automatically transfers money from checking to savings and puts you in control. It's an easy way to save regularly at a pace that fits your budget. Change the amount or frequency of your savings plan any time. Visit **citibank.com/autosave** today.

## SUGGESTIONS AND RECOMMENDATIONS

*Looking to create a real financial roadmap?*
It starts with good directions. **Women & Co.**, brought to you by Citigroup, is where wisdom, wealth and women meet.
Join at **womenandco.com** and access financial resources and tools.

## CITIBANK ACCOUNT RATES AND CHARGES

When determining your rates and charges for this statement period, Citibank considered your average balances during the month of August in all of your qualifying accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range $6,000-$9,999 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | None |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges.  Please note that when your qualified transaction activity exceeds the designated level, you may be subject to fees for transactions performed.

All fees assessed in a statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

63

GARY B. SCHAEFFER      Account: 9959609386      Page 2 of 5      203929/R1/04F000
DIP ACCOUNT      Statement Period - Aug. 26 - Sept. 26, 2010

## CHECKING ACTIVITY

### Regular Checking
**9959609386**

Beginning Balance: $3,263.09
Ending Balance: $812.01

| Date | Description | Amount Subtracted | Amount Added | Balance | (handwritten) |
|---|---|---|---|---|---|
| 8/26 | Fee - Service Charge | 9.50 | | | BANK FEE |
| 8/26 | Fees for Checks Paid | 7.00 | | | BANK FEE |
| 8/26 | Debit Card Purchase 08/24 10:04p #1947 | 5.44 | | 3,241.15 | POST OFFICE |
| | USPS.COM CLICK66100QPS WASHINGTON DC 10237 | | | | |
| | Specialty Retail stores | | | | |
| 8/27 | ACH Electronic Credit | | 11,605.35 | | |
| | GLOBAL SAGE LTD PAYROLL | | | | |
| 8/27 | Debit PIN Purchase 08:13a #1947 | 11.97 | | | FOOD |
| | 2025 BROADWAY NEW YORK NYUS02159 | | | | |
| 8/27 | Check # 450 | 100.00 | | 14,734.53 | CASH |
| 8/30 | Debit PIN Purchase 08:30a #1947 | 89.00 | | | MTA |
| | 130 LIVINGSTON ST 5TH 212-METROCARDNYUS02141 | | | | |
| 8/30 | Debit PIN Purchase 12:16p #1947 | 11.97 | | | FOOD |
| | 1251 6TH AVENUE NEW YORK NYUS02159 | | | | |
| 8/30 | ACH Electronic Debit | 3,484.20 | | | 206 MTG |
| | CITIMORTGAGE INC CHECK PYMT 0000000449 | | | | |
| 8/30 | Check # 445 | 482.00 | | 10,667.36 | CS |
| 8/31 | Debit Card Purchase 08/26 10:59a #1947 | 131.40 | | | INTERNET (HOME) |
| | YAHOO *FINANCE 866-562-7228 CA 10240 | | | | |
| | Misc Business Services | | | | |
| 8/31 | Check # 448 | 2,001.93 | | | 250 MARCH MTG |
| 8/31 | ACH Electronic Debit | 750.00 | | | B OF AMERICA |
| | FIA CardServices CHECK PYMT 0000000447 | | | | |
| 8/31 | Check # 446 | 482.00 | | 7,302.03 | CS |
| 9/02 | Debit Card Purchase 08/31 11:57a #1947 | 31.64 | | | FOOD |
| | HOUSE OF WEBSTER 04796364640 AR 10244 | | | | |
| | Food & Beverages | | | | |
| 9/02 | Debit PIN Purchase 10:08a #1947 | 11.97 | | 7,258.42 | FOOD |
| | 51 WEST 51ST STREET NEW YORK NYUS02159 | | | | |
| 9/03 | Transfer to ESA 09:36a #1947 | 1,200.00 | | | HELOC |
| | ONLINE Reference # 009885 | | | | |
| 9/03 | Debit Card Purchase 09/01 03:59p #1947 | 22.25 | | 6,036.17 | DRY CLEANERS |
| | MAYSON II CLEANERS NEW YORK NY 10245 | | | | |
| | Misc Personal Services | | | | |
| 9/07 | Deposit on 09/04¹ 10:25a #1947 | | 3,300.00 | | |
| | Teller | | | | |
| 9/07 | Debit Card Purchase 09/02 06:13p #1947 | 46.81 | | | FOOD |
| | CHINA FUN QPS NEW YORK NY 10246 | | | | HOME |
| | Restaurant/Bar | | | | |
| 9/07 | Debit Card Purchase 09/02 10:11a #1947 | 32.85 | | | INTERNET |
| | WWW*EARTHLINK.NET 800-719-4660 GA 10246 | | | | |
| | Misc Business Services | | | | |
| 9/07 | Debit Card Purchase 09/01 04:20a #1947 | 9.14 | | | ZIP CAR |
| | ZIPCAR INC 06179954231 MA 10246 | | | | |
| | Misc Transportation | | | | |
| 9/07 | Debit PIN Purchase 09/04 10:30a #1947 | 71.17 | | | FOOD |
| | 163 WEST 72ND STREE NEW YORK NYUS02154 | | | | |
| 9/07 | Debit PIN Purchase 09/05 01:52p #1947 | 60.00 | | | RX COPAY |
| | 2025 BROADWAY NEW YORK NYUS02159 | | | | |
| 9/07 | Debit PIN Purchase 09/05 01:51p #1947 | 22.17 | | | DUANE READE |
| | 2025 BROADWAY NEW YORK NYUS02159 | | | | |
| 9/07 | Check # 452 | 750.00 | | 8,344.03 | CHECK HOME EXPENSES |
| 9/08 | ACH Electronic Debit | 25.95 | | | BANK FEES |
| | DELUXE CHECK CHECK/ACC | | | | |
| 9/08 | Debit Card Purchase 09/04 02:41p #1947 | 108.88 | | | VERIZON |
| | VERIZON WRLS D2309-01 NEW YORK NY 10249 | | | | |
| | Phones, Cable & Utilities | | | | |
| 9/08 | Debit Card Purchase 09/02 10:17p #1947 | 65.00 | | | GYM |
| | REEBOK SPORTS CLUB NY NEW YORK NY 10246 | | | | |
| | Recreational Services | | | | |
| 9/08 | Debit Card Purchase 09/05 10:16a #1947 | 5.44 | | | POST OFFICE |
| | USPS.COM CLICK66100QPS WASHINGTON DC 10249 | | | | |
| | Specialty Retail stores | | | | |
| 9/08 | Check # 455 | 300.00 | | 7,838.76 | DR HORBORT |
| 9/09 | ACH Electronic Debit | 834.00 | | 7,004.76 | STORAGE |
| | 405 MANHATTAN MI 2126315930 | | | | |
| 9/10 | Check # 453 | 1,996.00 | | | 250 MEDICAL MARMOR |
| 9/10 | Check # 454 | 482.00 | | 4,526.76 | CS |
| 9/13 | Debit Card Purchase 09/09 01:06a #1947 | 1.98 | | | INTERNET (HOME) |
| | APL*ITUNES 866-712-7753 CA 10253 | | | | |
| | Specialty Retail stores | | | | |
| 9/13 | Debit PIN Purchase 08:25a #1947 | 11.97 | | 4,512.81 | DUANE READE |
| | 2025 BROADWAY NEW YORK NYUS02159 | | | | |



**Citibank**®    Doc 79    Filed 10/05/10    Entered 10/05/10 13:56:00    Main Document

Pg 13 of 15

GARY B. SCHAEFFER      Account 9959609386      Page 3 of 5      203930/R1/04F000
DIP ACCOUNT      Statement Period - Aug. 26 - Sept. 26, 2010

## CHECKING ACTIVITY                                   Continued

| Date | Description | Amount Subtracted | Amount Added *(handwritten)* | Balance |
|------|-------------|-------------------|-------------|---------|
| 9/14 | Debit Card Purchase 09/10 03:04p #1947<br>GARTNERS HARDWARE NEW YORK NY 10256<br>Specialty Retail stores | 16.32 | Home Repair | 4,496.49 |
| 9/16 | Debit Card Purchase 09/13 05:54p #1947<br>OLLIES NOODLE SHOP AND NEW YORK NY 10258<br>Restaurant/Bar | 43.11 | Food | 4,453.38 |
| 9/17 | Debit Card Purchase 09/15 06:01p #1947<br>CHINA FUN QPS NEW YORK NY 10259<br>Restaurant/Bar | 37.83 | Food | |
| 9/17 | Debit PIN Purchase 11:53a #1947<br>BEDBATH&BEYOND#0565 NEW YORK NYUS02157 | 60.96 | Home Repair | |
| 9/17 | Check # 456 | 482.00 | CS | 3,872.59 |
| 9/20 | Debit Card Purchase 09/16 07:51a #1947<br>NESPRESSO USA 888-637-7737 NY 10260<br>Food & Beverages | 34.45 | Coffee | 3,838.14 |
| 9/21 | ACH Electronic Debit<br>PAYPAL INST XFER | 3.76 | Paypal Ebay fees collected | |
| 9/21 | Debit Card Purchase 09/16 12:36a #1947<br>CHASING FIREFLIES SEATTLE WA 10261<br>Specialty Retail stores | 89.95 | New Baby Purchase | |
| 9/21 | Debit Card Purchase 09/16 06:24p #1947<br>FRANCESCO PIZZA NEW YORK NY 10261<br>Restaurant/Bar | 44.18 | Food | |
| 9/21 | Debit Card Purchase 09/17 12:22p #1947<br>AOL*FS MozyHome 866-485-9217 VA 10261<br>Specialty Retail stores | 4.95 | Home Internet | |
| 9/21 | Check # 451 | 2,808.00 | 2025 Bway Mortage | 887.30 |
| 9/22 | ACH Electronic Debit<br>PAYPAL INST XFER | 30.70 | Paypal Ebay fee collected | |
| 9/22 | ACH Electronic Debit<br>PAYPAL INST XFER | 2.69 | Paypal Ebay fee collected | |
| 9/22 | Debit Card Purchase 09/21 12:10a #1947<br>AOL* SERVICE 0910 800-827-6364 NY 10264<br>Misc Business Services | 25.90 | Home Internet | 828.01 |
| 9/23 | ACH Electronic Debit<br>PAYPAL INST XFER | 14.00 | Paypal Ebay fee collected | |
| 9/23 | ACH Electronic Debit<br>PAYPAL INST XFER | 2.00 | Paypal Ebay fee collected | 812.01 |
| | **Total Subtracted/Added** | **17,356.43** | **14,905.35** | |

All transaction times and dates reflected are based on Eastern Standard Time.

[1] *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| Overdraft and Returned Item Fees | | |
|---|---|---|
| | Statement Period Total | Year to Date Total |
| Total Overdraft Fees | $0.00 | $34.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| Checks Paid | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
| 445 | 8/30 | 482.00 | 450* | 8/27 | 100.00 | 453 | 9/10 | 1,996.00 | 455 | 9/08 | 300.00 |
| 446 | 8/31 | 482.00 | 451 | 9/21 | 2,808.00 | 454 | 9/10 | 482.00 | 456 | 9/17 | 482.00 |
| 448* | 8/31 | 2,001.93 | 452 | 9/07 | 750.00 | | | | | | |

\* Indicates gap in check number sequence

63

GARY B. SCHAEFFER                Account  9959609386          Page  4  of  5                 203931/R1/04F000
DIP ACCOUNT                          Statement Period -   Aug. 26 - Sept. 26, 2010

## CHECKING ACTIVITY                                                                    Continued

### ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | 100 |
| Points from debit card purchases | 479 |
| Total Points forwarded to Citi® ThankYou® Rewards | 579 |
| Go to thankyou.com to review your point balance and redeem! | |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us.  Note that some of these products may not be available in all states.**

The products reported on this statement have been combined onto one monthly statement at your request.  The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation.  Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.  Updated information will be reflected on a subsequent statement.

**In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible.  We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the  suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.   We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Citibank is an Equal Housing Lender.**


EQUAL HOUSING LENDER

Citicard, Citicard Banking Center, Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Checks-as-Cash, Equity Source Account, MultiMoney, Citigold, CitiPhone Banking, and Ready Credit are registered in the U.S. Patent and Trademark Office. Safety Check is a service mark of Citigroup, Inc.

GARY B. SCHAEFFER  Account  9959609386   Page  5  of  5   203932/R1/04F000
DIP ACCOUNT  Statement Period -  Aug. 26 - Sept. 26, 2010

## TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE**  (8 less 9 should equal your checkbook balance).

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Sum of check charges on above if applicable |  |
| Total |  |

63