**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
| | |
|---|---|
| **In re** | **Case No.** |
| | **09-17126 -mg** |
| **GARY B. SCHAEFFER,** | **In Proceedings for** |
| | **Reorganization under** |
| Debtor. | **Chapter 11** |

-------------------------------------------------------------X

### ORDER GRANTING THE DEBTOR'S MOTION TO DEBTOR'S MOTION TO RETAIN DOUGLAS ELLIMAN, LLC, AS REAL ESTATE BROKERS TO THE DEBTOR

Upon the annexed motion of the above-named Debtor and Debtor in possession, (sometimes referred to as the "Debtor") (the "Motion"), the declaration of Steven James, dated October 28, 2010, no objection from the Office of the United States Trustee; and it appearing that the employment of Douglas Elliman LLC, as the Debtor's real estate brokers in this case to sell his interest in 372 shares and proprietary lease for his investment property located at 250 Mercer Street, Apartment #B-1108, New York, New York (the "Property"), is in the best interests of the Debtor his creditors and estate; and it appearing that no further notice is required, and no adverse interest being represented; and sufficient cause appearing therefor, it is

**ORDERED**, that, pursuant to 11 U.S.C. § 327, the Debtor be and hereby is, authorized to employ Douglas Elliman, LLC as his real estate brokers in this case

to sell his interests the Property and to render the services stated in the accompanying Motion and Agreement annexed as Exhibit "A" to the Motion ; and it is further

**ORDERED**, that the compensation to be paid to Douglas Elliman, LLC, shall be in accordance with the terms stated in the annexed Motion, the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.

Dated: New York, New York
November 29, 2010

      /s/Martin Glenn
MARTIN GLENN
United States Bankruptcy Judge