UNITED STATES BANKRUPTCY COURT
SOUNTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re

GARY B. SCHAEFFER,                                                                 09-17126 (MG)

        Debtor.
-------------------------------------------------------------X

**SO ORDERED STIPULATION**

WHEREAS, James V. Parolisi filed a Proof of Claim in this case in the amount of $500,000.00, which was docketed at Number 16 on the claims registry (the "Parolisi Claim"); and

WHEREAS, on October 27, 2010, the Debtor made a motion, filed as Document # 84 on the ECF docket, for an order disallowing and expunging the Parolisi Claim; and

WHEREAS, Mr. Parolisi and the Debtor have negotiated and agreed to allow the Parolisi Claim as a general non-priority claim in the amount of $100,000;

NOW, therefore, it is hereby stipulated and agreed, by and between the undersigned counsel for Mr. Parolisi and the Debtor, that (a) the Debtor's motion to expunge the Parolisi Claim is withdrawn; (b) the Parolisi Claim is reduced to a general non-priority claim in the amount of $100,000; and (c) the Debtor will allow the reduced Parolisi Claim without objection.

| | |
|---|---|
| Dated: New York, New York<br>November 30, 2010 | Dated: New York, New York<br>November 30, 2010 |
| WAYNE M. GREENWALD, P.C. | SULLIVAN & WORCESTER LLP |
| By: /s/Wayne M. Greenwald_____ | By: /s/Andrew T. Solomon_____ |

- 2 -

| | |
|---|---|
| Wayne M. Greenwald | Andrew T. Solomon |
| 475 Park Avenue South, 26th Floor | 1290 Avenue of the Americas, 29th Floor |
| New York, NY 10016 | New York, New York 10104 |
| (212) 983-1922 | (212) 660-3000 |
| *Attorney for the Debtor* | *Attorneys for Creditor James V. Parolisi* |

SO ORDERED this 7th day of
December 2010

_____/s/Martin Glenn_____
        MARTIN GLENN
United States Bankruptcy Judge