## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re GARY B SCHAEFFER

Debtor

Case No. 09-17126

Reporting Period: 10-26 / 11-25

Social Security # 0893
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | ✓ | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date 11-8-10

Signature of Joint Debtor _____  Date _____

In re GARY B SCHAEFFER    Case No. 09-17126
Debtor    Reporting Period: 10-26 / 11-25

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | 49.32 | |
| **RECEIPTS** | | |
| Wages (Net) | 11,605.35 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 3840.84 | |
| **Total Receipts** | 15,446.19 | |
| | | |
| Mortgage Payment(s) | | 5486 — |
| ~~Rental~~ Payment(s) *MAINTENCE* | | 2808 — |
| **Other Secured Note Payments** | | 1900 — |
| **Utilities** | | 850 — |
| ~~Insurance~~ HOME INTERNET | | 190.17 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 1,000 — |
| Medical Expenses | | 30 — |
| Food, Clothing, Hygiene | | 227.91 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | 1452 — |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment ☞ ATM | | 389 — |
| Gifts | | |
| Other (attach schedule) | | 138.21 |
| **Total Ordinary Disbursements** | | 15,166.32 |
| | | |
| Professional Fees  CITIBANK MONTHLY SVC CHG. | | 45 — |
| U.S. Trustee Fees | | 650 — |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 695 — |
| | | |
| **Total Disbursements** (Ordinary + Reorganization) | | 15,166.32 |
| | | |
| **Net Cash Flow** (Total Receipts - Total Disbursements) | | 329.19 |
| | | |
| **Cash - End of Month** (Must equal reconciled bank statement) | | 329.19 |

In re GARY B SCHAEFFER
_____
**Debtor**

Case No. 09-17126
Reporting Period: 10-26 / 11-25

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

*OTHER INCOME* {

| | | |
|---|---|---|
| 250 MERCER RENT | 3300 — | |
| EBAY REFUND CREDIT | .84¢ | |
| INTERNET OVERPAYMENT CREDIT | 40 — | |
| WINNING INSTANT LOTTO TICKET | 100 — | |
| MICHELLE SCHAEFFER REFUND OF D.W. | 400 — | |
| TOTAL | 3840.84 | |

*OTHER DEBITS* {

| | | |
|---|---|---|
| U.S. POST OFFICE | | 4.95 |
| COURT CALL PHONE FEE | | 30 — |
| PAYPAL AUTO DEBIT MONTHLY | | 103.26 |
| | | |
| TOTAL | | 138.21 |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re GARY B SCHAEFFER

**Debtor**

Case No. 09-17126

Reporting Period: 10-26 / 11-25

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** |  |  |  |  |
| **BANK BALANCE** |  |  |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : |  |  |  |  |
| OTHER *(ATTACH EXPLANATION)* |  |  |  |  |
|  |  |  |  |  |
| **ADJUSTED BANK BALANCE \*** |  |  |  |  |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

_____

_____

_____

_____

_____

In re _GARY B Schaeffer_          Case No. _09-17126_
**Debtor**                        Reporting Period: _10-26 / 11-25_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| | Total Cash Disbursements | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| | Total Bank Account Disbursements | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|
| | |

In re GARY B SchAeffer

Case No. 09-17126

**Debtor**

Reporting Period: 10-26 / 11-25

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re GARY B SchAEFFER    Case No. 09-17126
**Debtor**    Reporting Period: 10-26 / 11-25

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | | |
| TOTAL LIABILITIES | | |

FORM MOR-3 (INDV)
2/2008
PAGE 2 OF 2

In re GARY B Schaeffer

**Debtor**

Case No. 09-17126

Reporting Period: 10-26 / 11-25

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

In re _GARY B SCHAEFFER_    Case No. _O9-17126_
**Debtor**    Reporting Period: _10-26 / 11-25_

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

In re GARY B Schaeffer

**Debtor**

Case No. 09-17126

Reporting Period: 10-26 / 11-25

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | | ✓ |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |




Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

133047/R1/04F000
000
CITIBANK, N. A.
**Account**
**9959609386**

GARY B. SCHAEFFER
DIP ACCOUNT
2025 BROADWAY APT 21K
NEW YORK NY            10023-5019

**Statement Period**
Oct. 26 - Nov. 25, 2010

Page 1  of 4

---

## CITIBANK ACCOUNT AS OF NOVEMBER 25, 2010

**Relationship Summary:**

| | |
|---|---|
| Checking | $329.19 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Loans | ----- |
| Credit Cards | ----- |

---

## CITIBANK ACCOUNT RATES AND CHARGES

When determining your rates and charges for this statement period, Citibank considered your average balances during the month of October in all of your qualifying accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | $20.00 |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges.

All fees assessed in a statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

---

## CHECKING ACTIVITY

**Regular Checking**
**9959609386**

| | | |
|---|---|---|
| **Beginning Balance:** | | $49.32 |
| **Ending Balance:** | | $329.19 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 10/26 | Deposit 09:16a #1947 Teller | | 100.00 *INSTANT LOTTERY TICKET WIN* | |
| 10/26 | Fee - Service Charge | 9.50 *BANK FEE* | | |
| 10/26 | Fee for Non-Citibank Atm Use | 1.50 *BANK FEE* | | |
| 10/26 | Debit Card Purchase 10/23 01:39p #1947 YAHOO *GBS4783.COM  800-318-0870 CA 10298 Misc Business Services | 39.95 *HOME INTERNET* | | 98.37 |
| 10/28 | ACH Electronic Credit GLOBAL SAGE LTD  PAYROLL | | 11,605.35 *SALARY* | |
| 10/28 | Transfer to ESA 10:05a #1947 ONLINE        Reference # 000913 | 1,200.00 *HELOC* | | |
| 10/28 | Cash Withdrawal 08:56a #1947 Teller | 850.00 *M.C.S. UTILITIES CHECK* | | |
| 10/28 | Cash Withdrawal 08:25a #1947 Citibank ATM 175 W 72ND STREET, NY, NY | 500.00 *M.C.S. REPAYMENT FOR 250 MERCER DISHWASHER REPLACEMENT* | | |

B3

GARY B. SCHAEFFER          Account 9959969586          Page 2 of 4          133048/R1/04F000
DIP ACCOUNT               Statement Period -  Oct. 26 - Nov. 25, 2010

## CHECKING ACTIVITY                                                                 Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 10/28 | Debit PIN Purchase 08:45a #1947<br>130 LIVINGSTON ST 5TH 212-METROCARDNYUS02141 | 89.00 *MTA METROCARD* | | 9,064.72 |
| 10/29 | Debit PIN Purchase 08:29a #1947<br>2025 BROADWAY     NEW YORK   NYUS02159 | 11.97 *FOOD* | | 9,052.75 |
| 11/01 | Cash Withdrawal on 10/31¹ 12:38p #1947<br>Citibank ATM 162 AMSTERDAM AVENUE,NY, NY | 100.00 *ATM* | | |
| 11/01 | Check # 473 | 500.00 *M.C.S. REPAYMENT FOR PLUMBER FOR DISHWASHER INSTALL* | | |
| 11/01 | ACH Electronic Debit<br>CITIMORTGAGE INC CHECK PYMT 0000000472 | 3,484.00 *2025 MORTGAGE* | | |
| 11/01 | ACH Electronic Debit<br>FIA CardServices CHECK PYMT 0000000471 | 700.00 *B of A* | | 4,268.75 |
| 11/02 | Debit Card Purchase 10/29 09:58p #1947<br>CHINA FUN     NEW YORK   NY 10303<br>Restaurant/Bar | 95.57 *FOOD* | | |
| 11/02 | Debit Card Purchase 10/28 12:58p #1947<br>SHING WON CHINESE REST NEW YORK   NY 10303<br>Restaurant/Bar | 13.40 *FOOD* | | |
| 11/02 | Check # 468 | 484.00 *CS* | | |
| 11/02 | Check # 469 | 484.00 *CS* | | 3,191.78 |
| 11/03 | Deposit 09:07a #1947<br>Teller | | 3,300.00 *M.S. RENT* | |
| 11/03 | Check # 470 | 650.00 *VS TRVSTEE* | | 5,841.78 |
| 11/04 | Debit Card Purchase 11/02 09:57a #1947<br>REEBOK SPORTS CLUB NY NEW YORK   NY 10307<br>Recreational Services | 65.00 *GYM* | | |
| 11/04 | Debit Card Purchase 11/02 08:58a #1947<br>MAYSON II CLEANERS   NEW YORK   NY 10307<br>Misc Personal Services | 42.00 *DRY CLEANERS* | | |
| 11/04 | Debit Card Purchase 11/02 10:09a #1947<br>WWW*EARTHLINK.NET   800-719-4660 GA 10307<br>Misc Business Services | 32.85 *HOME INTERNET* | | |
| 11/04 | Cash Withdrawal 01:58p #1947<br>Citibank ATM 787 7TH AVE, NY, NY | 100.00 *ATM* | | 5,601.93 |
| 11/05 | Debit Card Purchase 11/03 03:45p #1947<br>DUANE READE #0208  Q04 NEW YORK   NY 10308<br>Food & Beverages | 30.00 *RX CO-PAY* | | |
| 11/05 | Check # 475 | 2,808.00 *2025 BWAY MNTNCE* | | |
| 11/05 | Check # 476 | 2,002.00 *250 MERCER MTG* | | 761.93 |
| 11/08 | Cash Withdrawal on 11/05¹ 09:21p #1947<br>Citibank ATM 164 CANAL STREET, NY, NY | 100.00 *ATM* | | |
| 11/08 | Check # 474 | 484.00 *CS* | | 177.93 |
| 11/09 | Debit Card Purchase 11/07 11:25a #1947<br>USPS.COM CLICK66100611 WASHINGTON   DC 10312<br>Specialty Retail stores | 4.95 *VSPS* | | 172.98 |
| 11/15 | ACH Electronic Debit<br>PAYPAL        ECHECK | 764.16 *EBAY SALE RETURN* *<br>M.C.S. REPAYMENT FOR DISHWASHER — OVERPAYMENT* | | 591.16 |
| 11/16 | Deposit 08:32a<br>Teller | | 400.00 | |
| 11/16 | Deposit 08:31a<br>Teller | | 765.00 *EBAY SALE* * | |
| 11/16 | Overdraft Fee | 34.00 *BANK FEE* | | |
| 11/16 | Debit Card Purchase 11/12 02:40p #1947<br>COURTCALL    *#3840162 03103420888  CA 10317<br>Misc Business Services | 30.00 *COURT CALL* | | 509.82 |
| 11/17 | ACH Electronic Debit<br>PAYPAL        ECHECK | 103.26 *PAPAL EBAY MONTHLY FEES* | | 406.56 |
| 11/19 | Debit Card Purchase 11/17 11:46a #1947<br>AOL*FS MozyHome   866-485-9217 VA 10322<br>Specialty Retail stores | 4.95 *HOME INTERNET* | | 401.61 |
| 11/23 | ACH Electronic Credit<br>Debit Auto Pay Credit | | 40.00 *INTERNET REFUND* | |
| 11/23 | Debit Card Purchase 11/20 11:05p #1947<br>APL*ITUNES    866-712-7753 CA 10326<br>Specialty Retail stores | 45.24 *HOME INTERNET* | | |
| 11/23 | Debit Card Purchase 11/20 10:42p #1947<br>APL*ITUNES    866-712-7753 CA 10326<br>Specialty Retail stores | 41.28 *HOME INTERNET* | | |
| 11/23 | Debit Card Purchase 11/20 10:24p #1947<br>AOL* SERVICE 1110   800-827-6364 NY 10326<br>Misc Business Services | 25.90 *HOME INTERNET* | | 329.19 |
| | **Total Subtracted/Added** | **15,930.48** | **16,210.35** | |

All transaction times and dates reflected are based on Eastern Standard Time.

¹ *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*


GARY B. SCHAEFFER                           Account 9959609386          Page  3  of  4          133049/R1/04F000
DIP ACCOUNT                                 Statement Period -  Oct. 26 - Nov. 25, 2010

---

## CHECKING ACTIVITY                                                                    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|

| Overdraft and Returned Item Fees | | |
|---|---|---|
| | Statement Period Total | Year to Date Total |
| Total Overdraft Fees | $34.00 | $68.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 468 | 11/02 | 484.00 | 470 | 11/03 | 650.00 | 474 | 11/08 | 484.00 | 476 | 11/05 | 2,002.00 |
| 469 | 11/02 | 484.00 | 473* | 11/01 | 500.00 | 475 | 11/05 | 2,808.00 | | | |

\* Indicates gap in check number sequence

### ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | 100 |
| Points from debit card purchases | 261 |
| Total Points forwarded to Citi® ThankYou® Rewards | 361 |
| Go to thankyou.com to review your point balance and redeem! | |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

---

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

---

**Please read the paragraphs below for important information on your accounts with us.  Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request.  The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

GARY B. SCHAEFFER                     Account  9959609386              Page  4  of  4              133050/R1/04F000
DIP ACCOUNT                           Statement Period -  Oct. 26 - Nov. 25, 2010

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation.  Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.

**In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible.  We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared.
**Give us the following information:**  (1) your name and account number, (2) the dollar amount of the  suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.   We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

**Citibank is an Equal Housing Lender.**            

Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Citigold, CitiPhone Banking and Ready Credit are registered service marks of Citigroup, Inc.

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"**  column at the right all issued checks that have not been paid  by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE**  (8 less 9 should equal your checkbook balance).

| Number or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Sum of check charges on above if applicable | |
| Total | |