UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re _GARY B Schaeffer_____          Case No. _09-17126_
        **Debtor**                      Reporting Period: _11-26 / 12-26_

                                        Social Security # _____0893_
                                        (last 4 digits only)

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | ✓ | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _Gary B Schaeffer_          Date _12-6-11_

Signature of Joint Debtor _____          Date _____

FORM MOR (INDV)
2/2008
PAGE 1 OF 1

In re _GARY B SCHAEFFER_
_____
Debtor

Case No. _09-17126_
Reporting Period: _11-26 / 12-26_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | 329.19 | |
| **RECEIPTS** | | |
| Wages (Net) | 23,210.70 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | 3,309.94 | |
| **Total Receipts** | 26,520.64 | |
| | | |
| Mortgage Payment(s) | | 5486 — |
| ~~Rental~~ Payment(s)  MAINTENANCE | | 3308 — |
| **Other Secured Note Payments** | | 1950 — |
| Utilities | | 1700 — |
| Insurance | | 300 — |
| ~~Auto Expense~~ HOME INTERNET | | 103.65 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | ~205 — |
| Food, Clothing, Hygiene | | 220.24 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | 1452 — |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | 469 |
| Gifts | | 148.46 |
| Other *(attach schedule)* | | 89.39 |
| **Total Ordinary Disbursements** | | 15,431.74 |
| | | |
| Professional Fees  (BANK) | | 20 — |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | 15,451.74 |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | 15,451.74 |
| | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | 11,068.90 |
| | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | | 11,398.09 |

In re _GARY B SCHAEFFER_     Case No. _09-17126_
Debtor                       Reporting Period: _11-26 / 12-26_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

**OTHER INCOME**

| | | |
|---|---|---|
| 250 MERCER RENT | 3300 - | |
| INTAL NET CREDIT | 9.94 | |
| | | |
| | | |
| TOTAL | 3,309.94 | |

**OTHER DEDUCTS**

| | | |
|---|---|---|
| INTERNET ERROR | | 9.94 |
| TWINS COLLEGE COMMON APP. FEE | | 55.00 |
| PAYPAL EBAY FEE | | 24.45 |
| TOTAL | | 89.39 |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re _GARY B Schaeffer_          Case No. _09-17126_
**Debtor**                        Reporting Period: _11-26 / 12-26_

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
|  | # | # | # | # |
| **BALANCE PER BOOKS** |  |  |  |  |
| **BANK BALANCE** |  |  |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : |  |  |  |  |
| OTHER *(ATTACH EXPLANATION)* |  |  |  |  |
|  |  |  |  |  |
| **ADJUSTED BANK BALANCE *** |  |  |  |  |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

In re _GARY B Schaeffer_    Case No. _09-17126_
Debtor                     Reporting Period: _11-26 / 12-26_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
| Total Bank Account Disbursements | | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|
|                                   |  |

In re _GARY B Schaeffer_    Case No. _09-17126_

**Debtor**    Reporting Period: _11-26 - 12-26_

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| SCHEDULE A REAL PROPERTY | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| TOTAL REAL PROPERTY ASSETS | | |
| SCHEDULE B PERSONAL PROPERTY | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| TOTAL PERSONAL PROPERTY | | |
| TOTAL ASSETS | | |

In re _GARY B SCHAEFFER_         Case No. _09-17126_
**Debtor**                      Reporting Period: _11-26 / 12-26_

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |

In re *GARY B Schaeffer*
Debtor

Case No. *09-17126*
Reporting Period: *11-26 / 12-26*

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Post-petition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

In re _GARY B Schaeffer_
**Debtor**

Case No. _09-17126_
Reporting Period: _11-26 / 12-26_

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

In re GARY B Schaeffer                    Case No. 09-17126
Debtor                                    Reporting Period: 11-26 /12-26

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | | ✓ |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

# citibank

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

139609/R1/04F000

000
CITIBANK, N. A.
**Account**
**9959609386**

GARY B. SCHAEFFER
DIP ACCOUNT
2025 BROADWAY APT 21K
NEW YORK NY        10023-5019

**Statement Period**
Nov. 26 - Dec. 26, 2010

Page 1 of 4

## CITIBANK ACCOUNT AS OF DECEMBER 26, 2010

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$11,398.09** |
| **Savings** | ----- |
| **Investments**<br>**(not FDIC insured)** | ----- |
| **Loans** | ----- |
| **Credit Cards** | ----- |

## CITIBANK ACCOUNT RATES AND CHARGES

When determining your rates and charges for this statement period, Citibank considered your average balances during the month of November in all of your qualifying accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range<br>$1,500-$5,999 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | $20.00 |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges.

All fees assessed in a statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

## CHECKING ACTIVITY

**Regular Checking**
**9959609386**

**Beginning Balance:**    $329.19
**Ending Balance:**    $11,398.09

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 11/26 | ACH Electronic Credit<br>GLOBAL SAGE LTD PAYROLL | | 11,605.35 *PAYROLL* | |
| 11/26 | Fee - Service Charge | 20.00 *BANK FEE* | | |
| 11/26 | Debit Card Purchase 11/23 06:33p #1947<br>CHINA FUN    NEW YORK    NY 10328<br>Restaurant/Bar | 41.69 *FOOD* | | |
| 11/26 | Debit Card Purchase 11/24 03:27a #1947<br>YAHOO *GBS4783 COM    800-318-0870 CA 10328<br>Misc Business Services | 39.95 *INTERNET HOME* | | 11,832.90 |
| 11/29 | Transfer to ESA 10:07a #1947<br>ONLINE    Reference # 001986 | 1,200.00 *HELOC* | | |
| 11/29 | Debit Card Purchase 11/24 11:11a #1947<br>APL*ITUNES    866-712-7753 CA 10330<br>Specialty Retail stores | 21.93 *INTERNET HOME* | | |
| 11/29 | Check # 478 | 850.00 *HOME UTILITIES + GROCERIES* | | 9,760.97 |

63

GARY B. SCHAEFFER
DIP ACCOUNT

Account 9229093326     Page 2 of 4     139610/R1/04F000
Statement Period -  Nov. 26 - Dec. 26, 2010

## CHECKING ACTIVITY                                                   Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 11/30 | Debit Card Purchase 11/26 05:40a #1947 | 25.00 | TRAVEL | 9,735.97 |
|  | USAIRWAY03724109821235 NEWARK    NJ 10333 |  |  |  |
|  | Airlines & Airports |  |  |  |
| 12/01 | Debit Card Purchase 11/29 01:06p #1947 | 4.25 | FOOD |  |
|  | KFC-#031    QPS NEW YORK    NY 10334 |  |  |  |
|  | Restaurant/Bar |  |  |  |
| 12/01 | Debit PIN Purchase 04:45p #1947 | 40.00 | RX COPAY |  |
|  | 2025 BROADWAY    NEW YORK    NYUS02159 |  |  |  |
| 12/01 | ACH Electronic Debit | 750.00 | B OF A | 8,941.72 |
|  | FIA CardServices CHECK PYMT 0000000477 |  |  |  |
| 12/02 | Debit Card Purchase 11/29 08:52a #1947 | 89.00 | MTA METROCARD |  |
|  | MTA MVM 72ND STREETQPS 212-METROCARD NY 10335 |  |  |  |
|  | Misc Transportation |  |  |  |
| 12/02 | Debit Card Purchase 11/28 11:49a #1947 | 27.36 | INTERNET HOME |  |
|  | APL*ITUNES    866-712-7753 CA 10335 |  |  |  |
|  | Specialty Retail stores |  |  |  |
| 12/02 | Debit Card Purchase 11/29 09:04a #1947 | 4.89 | FOOD |  |
|  | MCDONALD'S F18884    NEW YORK    NY 10335 |  |  |  |
|  | Restaurant/Bar |  |  |  |
| 12/02 | Check # 479 | 484.00 | CS | 8,336.47 |
| 12/03 | Debit Card Purchase 11/30 08:59a #1947 | 5.75 | FOOD |  |
|  | MCDONALD'S F18884    NEW YORK    NY 10336 |  |  |  |
|  | Restaurant/Bar |  |  |  |
| 12/03 | ACH Electronic Debit | 3,484.00 | 2025 MTG PAYMENT | 4,846.72 |
|  | CITIMORTGAGE INC CHECK PYMT 0000000480 |  |  |  |
| 12/06 | Debit Card Purchase 12/02 02:35p #1947 | 355.00 | GYM |  |
|  | REEBOK SPORTS CLUB NY NEW YORK    NY 10337 |  |  |  |
|  | Recreational Services |  |  |  |
| 12/06 | Debit Card Purchase 12/02 02:15p #1947 | 32.85 | Home INTERNET |  |
|  | WWW*EARTHLINK.NET    800-719-4660 GA 10337 |  |  |  |
|  | Misc Business Services |  |  |  |
| 12/06 | Debit Card Purchase 12/02 06:01p #1947 | 20.50 | DRY CLEANERS |  |
|  | MAYSON II CLEANERS    NEW YORK    NY 10337 |  |  |  |
|  | Misc Personal Services |  |  |  |
| 12/06 | Debit PIN Purchase 12/04 04:57p #1947 | 72.78 | VITAMINS | 4,365.59 |
|  | 163 WEST 72ND STREET    NEW YORK    NYUS02154 |  |  |  |
| 12/07 | Debit Card Purchase 12/03 09:25a #1947 | 3.27 | FOOD | 4,362.32 |
|  | PRANZO    QPS NEW YORK    NY 10338 |  |  |  |
|  | Restaurant/Bar |  |  |  |
| 12/10 | Debit Card Purchase 12/08 04:49p #1947 | 23.79 | FOOD |  |
|  | STAGE DELI OF NEW YORK NEW YORK    NY 10343 |  |  |  |
|  | Restaurant/Bar |  |  |  |
| 12/10 | Check # 481 | 2,808.00 | 2025 MAINTENANCE | 1,530.53 |
| 12/13 | Deposit 05:39p |  | 3,300.00 MERCER RENT 250 MERCER RENT |  |
|  | Teller |  |  |  |
| 12/13 | Debit Card Purchase 12/08 04:35a #1947 | 34.50 | INTERNET |  |
|  | APL*ITUNES    866-712-7753 CA 10344 |  |  |  |
|  | Specialty Retail stores |  |  |  |
| 12/13 | Check # 482 | 484.00 | CS | 4,312.03 |
| 12/15 | Debit Card Purchase 12/13 #1947 | 4.99 | INTERNET ERROR |  |
|  | INT*INTELIUS CM    888-445-2727 WA 10348 |  |  |  |
|  | Misc Business Services |  |  |  |
| 12/15 | Debit Card Purchase 12/13 #1947 | 4.95 | INTERNET ERROR |  |
|  | INT*INTELIUS CM    888-445-2727 WA 10348 |  |  |  |
|  | Misc Business Services |  |  |  |
| 12/15 | Check # 483 | 2,002.00 | 250 MERCER MTG |  |
| 12/15 | Check # 485 | 165.00 | RENT 187 | 2,135.09 |
| 12/17 | Debit Card Purchase 12/14 09:24p #1947 | 10.32 | Home INTERNET |  |
|  | APL*ITUNES    866-712-7753 CA 10350 |  |  |  |
|  | Specialty Retail stores |  |  |  |
| 12/17 | Check # 484 | 500.00 | 250 MERCER MAINTENANCE | 1,624.77 |
| 12/20 | Debit Card Purchase 12/16 09:07a #1947 | 3.27 | FOOD |  |
|  | PRANZO    QPS NEW YORK    NY 10351 |  |  |  |
|  | Restaurant/Bar |  |  |  |
| 12/20 | Check # 486 | 484.00 | CS | 1,137.50 |
| 12/21 | Debit Card Purchase Return 12/18 #1947 |  | 4.95 INTERNET REFUND |  |
|  | INT*INTELIUS CM    888-445-2727 WA 10354 |  |  |  |
|  | Misc Business Services |  |  |  |
| 12/21 | Debit Card Purchase Return 12/18 #1947 |  | 4.99 INTERNET REFUND |  |
|  | INT*INTELIUS CM    888-445-2727 WA 10354 |  |  |  |
|  | Misc Business Services |  |  |  |
| 12/21 | ACH Electronic Debit | 24.45 | PAYPAL EBAY FEES |  |
|  | PAYPAL    INST XFER |  |  |  |
| 12/21 | Debit Card Purchase 12/19 01:09p #1947 | 54.35 | X MAS GIFT |  |
|  | HOLIDAY MALL PHOTOS TP NEW YORK    NY 10354 |  |  |  |
|  | Misc Personal Services |  |  |  |
| 12/21 | Debit Card Purchase 12/17 12:08p #1947 | 4.95 | HOME INTERNET |  |
|  | AOL*FS MozyHome    866-485-9217 VA 10352 |  |  |  |
|  | Specialty Retail stores |  |  |  |



GARY B. SCHAEFFER
DIP ACCOUNT

Account 9959909386          Page 3 of 4          139611/R1/04F000
Statement Period -   Nov. 26 - Dec. 26, 2010

---

## CHECKING ACTIVITY                                                    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 12/21 | Debit Card Purchase 12/17 09:16a #1947<br>PRANZO    QPS NEW YORK    NY 10352<br>Restaurant/Bar | 3.27 *FOOD* | | 1,060.42 |
| 12/22 | Debit Card Purchase 12/19 09:46p #1947<br>COMMON APP - BARNARD C 212-8542014  VA 10355<br>Specialty Retail stores | 55.00 *College fee FOR TWINS* | | |
| 12/22 | Debit Card Purchase 12/20 10:09p #1947<br>AOL* SERVICE 1210   800-827-6364  NY 10355<br>Misc Business Services | 25.90 *HOME INTERNET* | | 979.52 |
| 12/23 | Debit Card Purchase 12/20 01:43p #1947<br>SHING WON CHINESE REST NEW YORK    NY 10356<br>Restaurant/Bar | 15.13 *FOOD* | | 964.39 |
| 12/24 | ACH Electronic Credit<br>GLOBAL SAGE LTD  PAYROLL | | 11,605.35 *G.S. PAYRAI* | |
| 12/24 | Cash Withdrawal 01:04p #1947<br>Teller | 850.00 *HOME UTILITIES & GROCERIES* | | |
| 12/24 | Debit Card Purchase 12/21 08:41p #1947<br>IVYS CAFE    QPS NEW YORK    NY 10357<br>Restaurant/Bar | 21.65 *FOOD* | | |
| 12/24 | Check # 487 | 300.00 *INSURANCE* | | 11,398.09 |
| | **Total Subtracted/Added** | **15,451.74** | **26,520.64** | |

All transaction times and dates reflected are based on Eastern Standard Time.

### Overdraft and Returned Item Fees

| | Statement Period Total | Year to Date Total |
|---|---|---|
| Total Overdraft Fees | $0.00 | $68.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 478 | 11/29 | 850.00 | 482 | 12/13 | 484.00 | 484 | 12/17 | 500.00 | 486 | 12/20 | 484.00 |
| 479 | 12/02 | 484.00 | 483 | 12/15 | 2,002.00 | 485 | 12/15 | 165.00 | 487 | 12/24 | 300.00 |
| 481* | 12/10 | 2,808.00 | | | | | | | | | |

* Indicates gap in check number sequence

### ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | 100 |
| Points from debit card purchases | 489 |
| Adjusted points | -4 |
| Total Points forwarded to Citi® ThankYou® Rewards | 585 |
| Go to thankyou.com to review your point balance and redeem! | |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

---

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

GARY B. SCHAEFFER                         Account 9939509396          Page 4 of 4          139612/R1/04F000
DIP ACCOUNT                              Statement Period  Nov. 26 - Dec. 26, 2010

---

**Please read the paragraphs below for important information on your accounts with us.  Note that some of these products may not be available in all states or in all packages.**

---

The products reported on this statement have been combined onto one monthly statement at your request.  The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

---

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation.  Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### CERTIFICATES OF DEPOSIT
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.  Updated information will be reflected on a subsequent statement.

**In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible.  We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.  We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Citigold, CitiPhone Banking and Ready Credit are registered service marks of Citigroup, Inc.

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE** (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Sum of check charges on above if applicable | |
| Total | |